# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | | |
|---|---|---|
| GETTY PROPERTIES CORP., et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) Case No. | 3:12 CV-00865-JBA |
| TUXIS-OHR FUEL, INC., et al. | ) | |
| *Defendant* | ) | |

## NOTICE OF APPEARANCE

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

GETTY PROPERTIES CORP. and NECG HOLDINGS CORP

Date:   Jun 14, 2012

/s Amanda Winalski
*Attorney's signature*

**Amanda Winalski (CT27727)**
*Printed name and bar number*

ANDERSON KILL & OLICK, P.C.
1055 WASHINGTON BOULEVARD
STAMFORD, CT  06901
*Address*

awinalski@andersonkill.com
*E-mail address*

(203) 388-7971
*Telephone number*

(203) 388-0750
*FAX number*

*Rev. 5/4/2011*