# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | |
|---|---|
| GETTY PROPERTIES CORP., ET AL. *Plaintiff* <br> v. <br> TUXIS-OHR'S FUEL, INC., ET AL. *Defendant* | ) ) ) ) Case No.  **3:12-CV-00865-JBA** ) ) |

## NOTICE OF APPEARANCE

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

**TUXIS-OHR'S FUEL, INC.**

Date:   06/14/2012

*Attorney's signature*

**Vincent T. McManus, Jr.   #05503**

*Printed name and bar number*

**116 South Main Street, Wallingford, CT 06492**

*Address*

**attorneymcmanus@snet.net**

*E-mail address*

**203-269-1111**

*Telephone number*

**203-265-0625**

*FAX number*

## **CERTIFICATE OF SERVICE**

I hereby certify that on **06/14/2012**, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to [Below list the names and addresses of anyone unable to accept electronic filing] as indicate on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____
*Attorney's signature*