**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

GETTY PROPERTIES CORP, ET AL.,                    CIVIL ACTION NO.

                                                  3:12-CV-00865-AWT

PLAINTIFFS

            V.

TUNIXS-OHR, INC., ET AL
DEFENDANTS                                        JUNE 17, 2012

                       **APPEARANCE**

        Please enter the appearance of the undersigned on behalf of the defendants

HSTN, LLC and Renaldi's Getty, LLC.

                              THE DEFENDANTS, HSTN, LLC and
                              RENALDI'S GETTY, LLC

                              By_____
                                    John J. Morgan
                                    BARR & MORGAN
                                    22 Fifth Street
                                    Stamford, CT  06905
                                    (203)  356-1595
                                    Juris No. CT13312

                              1

CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2012 a copy of the foregoing was filed

electronically and served by mail on anyone unable to accept electronic filing. Notice of

this filing will be sent by e-mail to all parties by operation of the Court's electronic filing

system or by mail to any one unable to accept electronic filing as indicated on the

Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF

System.

By:_____

John J. Morgan (ct13312)
Barr & Morgan
22 Fifth Street
Stamford, CT 06905
Ph. (203) 356-1595
Fx: (203) 357-8397
Jmorgan@pmpalawyer.com

2