UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GETTY PROPERTIES CORP, ET AL.,          CIVIL ACTION NO.

PLAINTIFFS                              3:12-CV-00865-AWT

V.

TUNIXS-OHR, INC., ET AL
DEFENDANTS                              JUNE 17, 2012

**APPEARANCE**

Please enter the appearance of the undersigned on behalf of the defendants HSTN, LLC and Renaldi's Getty, LLC.

THE DEFENDANTS, HSTN, LLC and
RENALDI'S GETTY, LLC

By_____
John J. Morgan
BARR & MORGAN
22 Fifth Street
Stamford, CT 06905
(203) 356-1595
Juris No. CT13312

1

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2012 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to any one unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

By: _____
John J. Morgan (ct13312)
Barr & Morgan
22 Fifth Street
Stamford, CT 06905
Ph. (203) 356-1595
Fx: (203) 357-8397
Jmorgan@pmpalawyer.com