```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

---------------------------------X
GETTY PROPERTIES CORP., and      :
NEGC HOLDINGS CORP,              :
                                 :
          Plaintiffs,            :
                                 :
v.                               :   Civ. No. 3:12cv865 (AWT)
                                 :
TUXIS-HOR FUEL, INC.,            :
RINALDI'S GETTY, LLC, and        :
HSTN, LLC                        :
                                 :
          Defendants.            :
---------------------------------X
```

**Notice to Parties re:
Defendants' Urgent Motion for
Immediate Discovery Compliance (Doc. No. 28) and
<u>Defendants' Objection to Ex Parte Oral Motion and Motion for
Order Barring Further Ex Parte Oral Motions (Doc. No. 29)</u>**

There has been no motion for reconsideration of the court's July 2, 2012 order denying the application for a temporary restraining order, made orally ex parte or otherwise, nor was there any ex parte oral motion for an articulation of the court's order or any other relief.

The plaintiff did not demand any further briefing or that there be a submission of questions for the court to answer.  Both these steps were requested by the court sua sponte.  Although the Motion for a Temporary Restraining Order (Doc. No. 3) was denied, there is currently pending before the court the plaintiff's Motion for a Preliminary Injunction (Doc. No. 3). The court has requested that the parties give their analysis on certain points

-1-

so that it has the benefit of that analysis in deciding how to proceed with the motion for a preliminary injunction.

The parties shall consult with the court's Parajudicial Officer James R. Hawkins II as soon as PJO Hawkins is available to discuss what discovery is needed by both sides before they can make the required submissions to the court.

It is so ordered.

Dated this 5th day of July 2012 at Hartford, Connecticut.

/s/ AWT
Alvin W. Thompson
United States District Judge
