UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GETTY PROPERTIES CORP. and NECG HOLDINGS CORP., <br><br> Plaintiffs, <br><br> vs. <br><br> TUXIS-OHR FUEL, INC., RENALDI'S GETTY, LLC, and HSTN LLC, <br><br> Defendants. | Civil Action No. 3:12-CV-00865-AWT <br><br><br> August 13, 2012 |

PLAINTIFFS' MOTION FOR DEFAULT
FOR FAILURE TO ANSWER OR OTHERWISE PLEAD
WITH RESPECT TO THE COMPLAINT

The Plaintiffs move for entry of default against all Defendants for their failure to answer or otherwise plead with respect to the Complaint herein.

Respectfully submitted,

By /s/ Charles T. Lee
Charles T. Lee, Esq. (CT00297)
Anderson, Kill & Olick P.C.
ANDERSON KILL & OLICK, P.C.
1055 Washington Boulevard, Suite 510
Stamford, CT  06901
Telephone:  203-388-7950
Attorneys for: Getty Properties Corp.
and NECG Holdings Corp.

993348.1

## CERTIFICATE OF SERVICE

I, Charles T. Lee, Esq., hereby certify that on August 13, 2012, the above document was electronically filed with the Clerk of the Court using the CM/ECF System, which will automatically send email notification of such filing to the following attorneys of record:

>John J. Morgan, Esq.
>Barr & Morgan
>22 Fifth Street
>Stamford, CT  06905
>
>Vincent McManus, Esq.
>116 South Main Street
>Wallingford, CT  06492

/s/ Charles T. Lee

993348.1