UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GETTY PROPERTIES CORP, ET AL.,

PLAINTIFFS

V.

TUNIXS-OHR, INC., ET AL

DEFENDANTS

CIVIL ACTION NO.
3:12-CV-00865-AWT

AUGUST 13, 2012

## OBJECTION TO MOTION FOR DEFAULT OR IN THE ALTERNATIVE TO SET ASIDE

The Defendants HSTN and Renaldi's hereby object to the plaintiff's motion for default because the said defendants have pleaded on equal date herewith. Further, to the extent that the clerk has already entered a default, the defendants move to set aside the default pursuant to FRCP 55 (c) in that the parties have had several scheduling conferences and set various deadlines with respect to a number of issues in the case. The undersigned's notes do not reflect a due date established for an answer to the complaint. Further, the parties intended to submit their Rule 16 pleading tomorrow which would obviously have incorporated pleading deadlines. As the court is well aware, this is a heavily litigated case with almost daily interaction between the parties. At worst, any delay was caused by miscommunication.

Further, to extent any default was entered it was literally momentary and could not conceivably have prejudiced the parties hereto especially in light of the extensive substantive briefing previously filed by all parties herein. This is precisely

1

the kind of circumstances under which a default should be set aside. The Second Circuit has expressed its preference that cases be decided on the merits, see, e.g., Enron Oil Corp. v. Diakuhara, 10 F.3d 90, 95 (2d Cir. 1993), rather than by default which should be used "only in extreme situations." Jackson v. City of New York, 22 F.3d 71, 75 (2d Cir. 1994) In ruling on a motion to set aside a default, the Second Circuit directs the district court to consider whether the default was willful, whether the defendants have a valid defense to the claims and whether the plaintiff has been prejudiced by the default. See SEC v. McNulty, 137 F.3d 732, 738 (2d Cir. 1998). Using the Second Circuit guidance, the undersigned respectfully submits a set aside should be granted to the extent any default has been entered.

THE DEFENDANTS, HSTN, LLC and
RENALDI'S GETTY, LLC

By_____
John J. Morgan
BARR & MORGAN
22 Fifth Street
Stamford, CT 06905
(203) 356-1595
Juris No. CT13312

## CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2012 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to any one unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

By: _____

John J. Morgan (ct13312)
Barr & Morgan
22 Fifth Street
Stamford, CT 06905
Ph. (203) 356-1595
Fx: (203) 357-8397
Jmorgan@pmpalawyer.com