UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GETTY PROPERTIES CORP., and NECG HOLDINGS CORP., | Civil Action No.: 3:12-CV-00865-AWT |
| Plaintiffs, | |
| vs. | |
| TUXIS-OHR FUEL, INC., RENALDI'S GETTY, LLC, and HSTN LLC, | AUGUST 14, 2012 |
| Defendants. | |

## CORPORATE DISCLOSURE STATEMENT

The Defendants, RENALDI'S GETTY, LLC and HSTN LLC, in the above entitled action hereby disclose that they are not publicly traded and no parent or subsidiary of the Defendants are publicly traded.

DATED at Stamford, Connecticut, this 14th day of AUGUST, 2012.

THE DEFENDANTS,
HSTN LLC and
RENALDI'S GETTY, LLC

By: _____
John J. Morgan (ct13312)
BARR & MORGAN
22 Fifth Street
Stamford, CT 06905
Tel. No. (203) 356-1595
Fax No. (203) 357-8397
jmorgan@pmpalawyer.com

## CERTIFICATE OF SERVICE

I hereby certify that on AUGUST 14, 2012 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to any one unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

By: _____

John J. Morgan (ct13312)
Barr & Morgan
22 Fifth Street
Stamford, CT 06905
Ph. (203) 356-1595
Fx: (203) 357-8397
Jmorgan@pmpalawyer.com