UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GETTY PROPERTIES CORP. and NECG HOLDINGS CORP., : Plaintiffs : Vs. TUXIS-OHR'S FUEL, INC. RENALDI'S GETTY, LLC and HSTN, LLC, Defendants : | Case No. 3:12-CV-00865-JBA August 14, 2012 |

## CORPORATE DISCLOSURE STATEMENT

The Defendant Tuxis-Ohr's Fuel, Inc. hereby discloses that it is not a publicly traded company and is privately owned.

    THE DEFENDANT, TUXIS-OHR'S FUEL,

BY _____
Vincent T. McManus, Jr.
Vincent T. McManus, Jr. P.C.
116 South Main Street
Wallingford, CT 06492
Fed. Bar #05503
203-269-1111 / 203-265-0625-Fax
attorneymcmanus@snet.net

## CERTIFICATION

I hereby certify that on August 14, 2012, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the court's system.

_____
Vincent T. McManus, Jr.
Attorney for Tuxis-Ohr's Fuel