UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GETTY PROPERTIES CORP. and NECG HOLDINGS CORP., | : Case No. 3:12-CV-00865-JBA |
| Plaintiffs | : |
| Vs. | |
| TUXIS-OHR'S FUEL, INC. RENALDI'S GETTY, LLC and HSTN, LLC, | |
| Defendants | : August 14, 2012 |

## OBJECTION TO MOTION FOR DEFAULT

The Defendant TUXIS-OHR'S FUEL, INC. hereby objects to the plaintiff's motion for default because Tuxis-Ohr's Fuel, Inc. has filed its Answer and Affirmative Defenses.

This defendant, along with other parties to this litigation, pursuant to the suggestion of the Court, Thompson, J., have been actively engaged in discussions with the Plaintiff Getty Petroleum Corp., literally up to and including the day that Getty Petroleum Corp. filed this motion for default without notice.

The filing of a default while negotiations are under way cannot be condoned. Clearly this plaintiff can show no prejudice by the lack of this Answer and clearly given the consequences to not only the three named

defendants but the thirty plus other dealers who would be directly affected by such a default, the entering of a default would be singularly unequitable.

THE DEFENDANT, TUXIS-OHR'S FUEL,

BY *[signature]*
Vincent T. McManus, Jr.
Vincent T. McManus, Jr. P.C.
116 South Main Street
Wallingford, CT 06492
Fed. Bar #05503
203-269-1111 / 203-265-0625-Fax
attorneymcmanus@snet.net

## CERTIFICATION

I hereby certify that on August 14, 2012, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the court's system.

*[signature]*
Vincent T. McManus, Jr.
Attorney for Tuxis-Ohr's Fuel