# UNITED STATES DISTRICT COURT
for the

District of Connecticut

| | |
|---|---|
| GETTY PROPERTIES CORP. and NECG HOLDINGS CORP. <br> *Plaintiff* <br><br> v. <br><br> TUXIS-OHR'S FUEL, INC. <br> RENALDI'S GETTY, LLC and HSTN, LLC <br> *Defendant* | ) <br> ) <br> ) <br> )    Case No. 3:12-CV-00865-AWT <br> ) <br> ) |

## NOTICE OF APPEARANCE

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs, Getty Properties Corp. and NECG Holdings Corp.

Date: September 10, 2012

/s/ Cort T. Malone
*Attorney's signature*

Cort T. Malone, ct29018
*Printed name and bar number*

Anderson Kill & Olick, P.C.

1055 Washington Boulevard
Stamford, CT  06901
*Address*

cmalone@andersonkill.com
*E-mail address*

(203) 388-7941
*Telephone number*

(203) 388-0750
*FAX number*

*Rev. 5/4/2011*

## CERTIFICATE OF SERVICE

I hereby certify that on  September 10, 2012     , a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to [Below list the names and addresses of anyone unable to accept electronic filing] as indicate on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Cort T. Malone  (ct29018)
*Attorney's signature*