UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GETTY PROPERTIES CORP. and          :   Case No.  3:12-CV-00865-JBA
NECG HOLDINGS CORP.,                :

               Plaintiffs           :

Vs.

TUXIS-OHR'S FUEL, INC.
RENALDI'S GETTY, LLC and HSTN, LLC,
               Defendants     :     September 19, 2012

## MOTION FOR PROTECTIVE ORDER
### (PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS)

The defendant Tuxis-Ohr's Fuel, Inc., pursuant to Rule 26(c) of the Rules

of Civil Procedure, moves for a protective order as to James Vitali of Tuxis-

Ohr's Fuel, Inc. to protect him from answering the Plaintiff's First Request for

Production of Documents dated July 6, 2012, a copy of which is attached

hereto as Exhibit 1, Requests 1 and 2 of which are addressed to Tuxis-Ohr's

Fuel, Inc.

The requests for production request the defendant to provide business

records sufficient to show any sale of gasoline to gas service stations listed on

Exhibits A and B. With the exception of the listing of HSTN, LLC and Rinaldi's

Getty, LLC, on Exhibit A, none of the businesses listed on Exhibit A or B are

parties to this action. All are non-parties.

The defendant Tuxis-Ohr's believes this request exposes it to undue

burden as it is effectively asking that the plaintiff Getty Properties Corp. and

1

NECG Holdings Corp. be able to discover the defendant's business dealings with people that Getty and NECG have chosen not to make parties to this litigation.

For whatever factors Getty considered in not making them a party to this litigation, it cannot now expand its discovery to potentially examine every aspect of the defendant Tuxis-Ohr's business.

The defendant Tuxis-Ohr's makes no objection to producing the records of its business dealings with the named defendants in this case, Rinaldi's Getty, LLC and HSTN, LLC, but believes that the information sought as to the 32 other non-parties is by definition irrelevant to the issues as plead.

> " . . . a trial court may grant a protective order 'to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense."
> Pintos v. Pacific Creditors Association, 565 F.3d 1106, 1115 (9th Cir.2009)

> "In general the court will balance the need of the party seeking discovery against the burden on the party responding."
> Federal Rules of Evidence Handbook, 2012, Biacker-McGee, Janssen and Corr, Pg. 789.

The Federal Rules of Evidence defines "relevant evidence" as:

> "Evidence having any tendency to make the existence of any fact that is of consequence to the determination of the action more probable or less probable than it would be without the evidence."

The plaintiff by its complaint has defined the parameters of this action, has limited its complaint to the defendants Rinaldi's Getty LLC and HSTN, LLC. What direct or circumstantial evidence is relevant to prove any of the allegations concerning the defendant Tuxis-Ohr's relationship with Renaldi's

Getty LLC and HSTN must logically arise from the business dealings between the defendant Tuxis-Ohr's Fuel and those two defendants.

The allegations in the complaint cannot, therefore, be proved by the defendant Tuxis-Ohr's business dealings with persons not named in the complaint. The term "material" has been defined as a "fact of consequence". West Handbook of Evidence, 2nd Edition, §401.1, Pages 150-151.

As pled, the plaintiff's complaint is limited to two of the defendant's customers. Therefore, the plaintiff has not shown good cause for the production of records of the business dealings of the defendant with 32 other customers and therein lies the undue burden.

Wherefore, the defendant requests the entry of a protective order with reference to any information sought by this plaintiff as it relates to any of the gasoline service stations listed on Exhibit 1 which are not parties to this action.

THE DEFENDANT, TUXIS-OHR'S FUEL,

BY _____
Vincent T. McManus, Jr.
Vincent T. McManus, Jr. P.C.
116 South Main Street
Wallingford, CT 06492
Fed. Bar #05503
203-269-1111 / 203-265-0625-Fax
attorneymcmanus@snet.net

3

**CERTIFICATION**

I hereby certify that on September 19, 2012, a copy of the foregoing was

served by mail as follows:

Charles T. Lee, Esq., Anderson, Kill & Olick, P.C., 1055 Washington Boulevard,
Stamford, CT 06901

John J. Morgan, Esq., Barr & Morgan, 22 Fifth Street, Stamford, CT 06901.

Vincent T. McManus, Jr.
Attorney for Tuxis-Ohr's Fuel, Inc.

4

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GETTY PROPERTIES CORP. and
NECG HOLDINGS CORP.,

                    Plaintiffs,

vs.

TUXIS-OHR FUEL, INC., RENALDI'S
GETTY, LLC, and HSTN LLC,

                    Defendants.

Civil Action No. 3:12-CV-00865-AWT

July 6, 2012

## PLAINTIFFS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO TUXIS-OHR AND THE DEALER DEFENDANTS

EXHIBIT 1

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, Plaintiffs Getty Properties Corp. ("Getty") and NECG Holdings Corp ("NECG") (collectively "Plaintiffs"), by and through their attorneys, hereby request that defendant Tuxis-Ohr Fuel, Inc. ("Tuxis") and defendant Getty service station operators Renaldi's Getty, LLC ("Renaldi's") and HSTN LLC ("HSTN") (collectively "Dealer Defendants") produce for inspection and copying the documents requested herein, within thirty (30) days of service of this request, at the offices of Anderson Kill & Olick, P.C., 1055 Washington Boulevard, Suite 510, Stamford, CT 06901, or at such other time and location as may be agreeable to the parties. This request for production shall be deemed continuing in accordance with F.R.C.P. 26(e) so as to require supplemental answers within a reasonable period of time prior to trial if additional information with respect to this request for production of documents is obtained by the Defendants or their counsel.

## DOCUMENTS REQUESTED

1.    As to Tuxis, all records sufficient to show any sale of gasoline, fuel oil, or any other product by Tuxis or any of its parent or subsidiary companies, or by any of its agents, servants or employees, to any of the gasoline service stations listed on attached exhibits "A" and "B" from May 1, 2012 through the present.

2.    As to Tuxis, all communications between Tuxis or any of its parent or subsidiary companies, or any of its agents, servants or employees on the one hand, and the Dealer Defendants or any of their parent or subsidiary companies or any of their agents, servants or employees, on the other.

1

3.     As to the Dealer Defendants, all franchise agreements, leases, or other agreements of any kind between each of the Dealer Defendants and Green Valley Oil, LLC.

4.     As to the Dealer Defendants, all records sufficient to show any purchase of gasoline, fuel oil, or any other petroleum-based products from May 1, 2012 through the present, including records identifying the seller of such gasoline, fuel oil, or other petroleum-based products and the amounts purchased.

5.     As to the Dealer Defendants, all documents sufficient to show termination of Green Valley Oil, LLC's supply contract(s) with the Dealer Defendants.

PLAINTIFFS, GETTY PROPERTIES
CORP. and NECG HOLDINGS CORP.

By:   *Charles T. Lee* //CTM

Charles T. Lee (CT00297)
ANDERSON KILL & OLICK, P.C.
1055 Washington Boulevard, Suite 510
Stamford, CT  06901
Telephone:  203-388-7950
Facsimile:  203-388-0750

*Attorneys for:* Getty Properties Corp.
NECG Holdings Corp

2

991250.1

# EXHIBIT A

| NAME | ADDRESS | CITY | STATE |
|---|---|---|---|
| Sam's Mart, LLC | 479 Main Ave. | Norwalk | CT |
| ALP Convenience, LLC | 301 East St. & Whiting Sts | Plainville | CT |
| Z S Enterprises, LLC | 231 W. Main Street  or 3 W Stafford Rd | Stafford Spr | CT |
| Indtur, LLC | 531 N. Main St. | Union City | CT |
| Adnan Akach | 2098  Fairfield Ave. | Bridgeport | CT |
| Hawar Ramadhan | 1235  Park Ave. | Bridgeport | CT |
| Adnan Akach | 3725   Madison  Ave, | Bridgeport | CT |
| R. H. S. LLC | 1267 Fairfield Ave. | Bridgeport | CT |
| Mujaba Khalied | 176 Tolland Turnpike & 8 Acres | Manchester | CT |
| Renaldi's Getty LLC | Rts. 82 & 163 | Montville | CT |
| Rao Zahid Khan | 216 Merrow Road | Tolland | CT |
| Alkulaib, Saud | 47 Wolcott Rd | Wolcott | CT |
| UNHK, LLC | 208 Foxon Rd. | No. Branford | CT |
| ASTAHN, LLC | 850 Hopemeadow ST. | Simsbury | CT |
| Pamby Motors, Inc. | 36 Danbury Rd./ PO BOX # 2 | Ridgefield | CT |
| 331 West Avenue Gas Station, LLC | 331 West Ave. | Norwalk | CT |
| Adnan Rahim & Rana Saleh | 1789  Barnum Ave. | Bridgeport | CT |
| Bodaeve, Inc. d/b/a Bulls Head Service | 16 Long Ridge Rd. | Stamford | CT |
| Sam's Mart, LLC. | 1464  Fairfield Ave. | Bridgeport | CT |
| Navjot Enterprises, Inc. | 241  Kimberly Ave. | New Haven | CT |
| Thomas Ceraso | 179  Norton Ave. | Darien | CT |
| J & J Car Care Center, LLC | 271  Post Rd. East | Westport | CT |
| Mica Enterprises, Inc. | 224 Magee Ave. | Stamford | CT |
| West Broad Service Center, LLC. | 59 W. Broad St. | Stamford | CT |
| J Z MART, LLC. | 300 Bridgeport Ave. | Milford | CT |
| Pakam Services,LLC | 197 Main St. | Cheshire | CT |
| One Stop Mart, LLC. | 231 Cherry St. | Milford | CT |
| Superior Service, Inc. | 813 Federal Road | Brookfield | CT |
| Expert Automotive Repairs, LLC | 206  Main Ave. | Norwalk | CT |
| Shahid Siddiq | 886  Hartford Rd. | Manchester | CT |
| John and Mario Buzzeo | 242 S. Salem Rd. | Ridgefield | CT |
| Mehar Petro., Inc. | 241 White St | Danbury | CT |
| Wilton Serv. Ctr., Inc. | 210 Danbury Road | Wilton | CT |
| HSTN, LLC. | 126 South Road | Enfield | CT |

# EXHIBIT B

| NAME | ADDRESS | TOWN | STATE |
|---|---|---|---|
| Shubham, LLC | 309 Putnam Rd. (Mailing) PO BOX 571 | Wauregan | CT |
| Ahmed & Zaidi | 398 Main St. | Southington | CT |
| Town Gas, LLC. | 154  South Main St. | Torrington | CT |
| Blue Hills Oil, LLC. | 1030 Blue Hill Road | Bloomfield | CT |
| Din Sipra, LLC | 339 Old Hartford Rd. | Colchester | CT |
| Vaziubdin LLC | 120 Main Street | Terryville | CT |
| Sarrakh Khan | 993 Hamilton Ave. | Waterbury | CT |
| Shahani Inc. | 158 Fitch St. | New Haven | CT |
| Waterford Gas, LLC. | 40  Norwich Road & Route 32 | Waterford | CT |
| Quick Stop, Inc. | 1500  Corbin Ave. | New Britain | CT |
| JANAK-P, LLC | 1324 E. Putnam Ave. | Old Greenwich | CT |
| A and A Petroleum, LLC | 611 Main St. | East Hartford | CT |
|  | Rt 10 and Whiting St. | Plainville | CT |
| Closed for last 3 months | 1046  Boston Post Rd. | Guilford | CT |
|  | 44 South Street | Bristol | CT |
| Sabila, LLC. | 195  State St. | North Haven | CT |
| Savi 2,  LLC | 170 Taftville- Occum Rd. | Norwich | CT |
|  | 561 Sullivan Ave | South Windsor | CT |
| Gaye's Limited, LLC. | 2750  North Ave. | Bridgeport | CT |
| GIGI, LLC. | 3050  Whitney Ave. | Hamden | CT |
| ALP Convenience, LLC | 1022 Burnside Ave. | East Hartford | CT |
|  | **721 Kings Highway** | **Fairfield** | **CT** |
| Boston Ave Mart, LLC. | 265  Boston Ave. | Stratford | CT |

## CERTIFICATION

I hereby certify that a copy of Plaintiffs' First Request for Production of Documents was sent by electronic mail and U.S. mail on July 6, 2012 to:

John J. Morgan, Esq.
Barr & Morgan
22 Fifth Street
Stamford, CT 06905

Vincent McManus, Esq.
116 South Main Street
Wallingford, CT 06492

By: _____
Cort T. Malone

990884.1