# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | |
|---|---|
| GETTY PROPERTIES CORP. ET AL. <br> *Plaintiff* <br><br> v. <br><br> TUXIS-OHR FUEL, INC. ET AL. <br> *Defendant* | ) <br> ) <br> ) Case No. 3:12-CV-00865-AWT <br> ) <br> ) <br> ) |

## NOTICE OF APPEARANCE

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs, Getty Properties Corp. and NECG Holdings Corp.

Date: September 24, 2012

/s/ Rachel L. Ginsburg
*Attorney's signature*

Rachel L. Ginsburg, ct28563
*Printed name and bar number*

Anderson Kill & Olick, PC
1055 Washington Boulevard, Stamford, CT 06901
*Address*

rginsburg@andersonkill.com
*E-mail address*

(203) 388-7971
*Telephone number*

(203) 388-0750
*FAX number*

*Rev. 5/4/2011*

## CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2012, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to [Below list the names and addresses of anyone unable to accept electronic filing] as indicate on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Rachel L. Ginsburg
*Attorney's signature*