UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GETTY PROPERTIES CORP. and<br>NECG HOLDINGS CORP.,<br><br>                    Plaintiffs,<br><br>vs.<br><br>TUXIS-OHR'S FUEL, INC., et al.,<br><br>                    Defendants. | 3:12-CV-00865-AWT |

## **MOTION FOR PERMISSION TO WITHDRAW APPEARANCE**

Pursuant to D. Conn. L. Civ. R. 7(e), the undersigned respectfully moves the Court for permission to withdraw the appearance of Amanda Winalski as counsel for plaintiffs Getty Properties and NECG Holdings Corp., in the above-captioned matter. Ms. Winalski is no longer employed by Anderson Kill & Olick, P.C.

Dated:  October 2, 2012

                                                                                     */s/ Cort T. Malone*
                                                                                      Cort T. Malone (ct29018)
                                                                                      ANDERSON KILL & OLICK, P.C.
                                                                                      1055 Washington Boulevard, Suite 510
                                                                                      Stamford, CT  06901
                                                                                      Telephone:  203-388-7950
                                                                                      Facsimile:  203-388-0750

                                                                                       Counsel for Plaintiffs
                                                                                      Getty Properties Corp. and
                                                                                      NECG Holdings Corp.

996133.1

## **CERTIFICATION**

      This is to certify that on October 2, 2012, a copy of the above Motion for Permission to Withdraw Appearance was filed with the Clerk of the Court using the CM/ECF System, which will automatically send email notification of such filing to counsel of record for Defendants.

                                          */s/ Cort T. Malone*_____
                                          Cort T. Malone

996133.1