UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GETTY PROPERTIES CORP. and<br>NECG HOLDINGS CORP., | Civil Action No. 3:12-CV-00865-AWT |
| Plaintiffs, | |
| vs. | |
| TUXIS-OHR FUEL, INC., RENALDI'S<br>GETTY, LLC, and HSTN LLC, | |
| Defendants. | |

### STIPULATION OF SETTLEMENT AND ORDER OF DISMISSAL
### AS TO DEFENDANT TUXIS-OHR FUEL, INC.

Plaintiffs, Getty Properties Corp. ("Getty") and NECG Holdings Corp. ("NECG"), and Defendant, Tuxis-Ohr Fuel, Inc. ("Tuxis"), hereby stipulate to the settlement of all claims asserted by Getty and NECG against Tuxis, as follows:

     1.    Tuxis acknowledges that it has been supplying gasoline to the thirty-four service stations listed on the attached Exhibit A (the "Stations") beginning on or about May 1, 2012.

     2.    Tuxis represents and warrants that it is not aware of any spills or releases which occurred during delivery by Tuxis of any products to the Stations, or any other environmental hazards or conditions that would have triggered Tuxis's obligation under the law to report such spills or conditions to the Connecticut Department of Energy and Environmental Protection. Tuxis further represents and warrants that it has not received any notices of violation or other complaints from any government agency relating to any environmental violation or condition existing at the Stations.

     3.    Tuxis agrees that as of the date upon which the Court "so orders" this stipulation and order, Tuxis will cease supplying or otherwise delivering gasoline to the 35 gasoline stations listed on Exhibit B unless Tuxis receives prior consent from Getty, NECG, or CCO, LLC.

     4.    On or about the date the Court "so orders" this stipulation and order, Tuxis will provide to Plaintiffs records of all gasoline sold or delivered from May 1, 2012 through the execution date of this stipulation to Stations. These records shall include both volume and payment information.

1

5. On or about the date the Court "so orders" this stipulation and order, Plaintiffs and Tuxis agree to provide each other with a mutual release in the form attached hereto as Exhibit C.

6. During the pendency of the above-captioned litigation, NECG will offer to supply the Stations on a delivered tank wagon basis consistent with the commercial terms of the Stations' most recent supply contract with Green Valley Oil, LLC, and will do so upon acceptance by the operators at such locations of such offer, subject to the eviction proceedings pending in Connecticut Superior Court; provided however, that any supply arrangement created by and between NECG and any Station operator will be expressly temporary in nature and shall not create a franchise under federal or state law.

7. This stipulation shall have no effect on Plaintiffs' claims against Renaldi's Getty, LLC and HSTN LLC, which remain pending.

8. Upon entry of this order, defendant Tuxis-Ohr shall be dismissed from this action with prejudice.

Dated: October 17, 2012

By: /s/ Charles T. Lee
Charles T. Lee (CT00297)
ANDERSON KILL & OLICK, P.C.
1055 Washington Boulevard, Suite 510
Stamford, CT 06901
Telephone: 203-388-7950
*Attorneys for:* Getty Properties Corp.
NECG Holdings Corp.

By: /s/ Vincent T. McManus, Jr.
Vincent T. McManus, Jr., Esq. (CT05503)
Vincent T. McManus, Jr. P.C.
116 South Main Street
Wallingford, CT 06492
Telephone: 203-269-1111
*Attorney for:* Tuxis-Ohr Fuel, Inc.

So Ordered:

/s/ AWT
_____
Hon. Alvin W. Thompson
Chief Judge
United States District Court for Connecticut
Dated: October 18, 2012.

2

996498.3

# EXHIBIT A

**Exhibit A**
**GETTY LOCATIONS**
**The "Stations"**

| | | |
|---|---|---|
| Saud Alkulaib<br>47 Wolcott Road<br>Wolcott, CT 06716 | JZ Mart, LLC<br>300 Bridgeport Avenue<br>Milford, CT 06460 | One Stop Mart, LLC<br>231 Cherry Street<br>Milford, CT 06460 |
| UNHK, LLC<br>208 Foxon Road<br>North Branford, CT 06471 | Janrisk Capital, LLC<br>721 Kings Highway<br>Fairfield, CT 06430 | Indtur, LLC<br>531 North Main Street<br>Union City, CT 06770 |
| Navjot Enterprises, Inc.<br>241 Kimberly Avenue<br>New Haven, CT 06519 | Rao Zahid Khan<br>216 Merrow Road<br>Tolland, CT 06084 | ZS Enterprises, LLC<br>3 West Stafford Road<br>Stafford Springs, CT 06076 |
| Shahid Siddiq<br>886 Hartford Road<br>Manchester, CT 06040 | ASTAHN, LLC<br>850 Hopmeadow Street<br>Simsbury, CT 06070 | Mujtaba Khalied<br>176 Tolland Turnpike<br>Manchester, CT 06040 |
| HSTN, LLC<br>126 South Road<br>Enfield, CT 06082 | ATKR, LLC<br>561 Sullivan Avenue<br>South Windsor, CT 06074 | John Buzzeo<br>Mario Buzzeo<br>242 South Salem Road<br>Ridgefield, CT 06877 |
| Superior Service, Inc.<br>813 Federal Road<br>Brookfield, CT 06804 | Wilton Service Center Inc.<br>210 Danbury Road<br>Wilton, CT 06897 | Mehar Petro Inc.<br>241 White Street<br>Danbury, CT 06810 |
| Pamby Motors Inc.<br>36 Danbury Road<br>Ridgefield, CT 06877 | Expert Automotive Repairs, LLC<br>206 Main Avenue<br>Norwalk, CT 06851 | 331 West Avenue Gas Station, LLC<br>331 West Avenue<br>Norwalk, CT 06853 |
| West Broad Service Center, LLC<br>59 West Broad Street<br>Stamford, CT 06902 | Mica Enterprises, Inc.<br>224 Magee Avenue<br>Stamford, CT 06902 | J&J Car Care Center, Inc.<br>271 Post Road East<br>Westport, CT 06880 |
| Thomas Ceraso<br>179 Noroton Avenue<br>Darien, CT 06820 | Bodaeve, Inc.<br>d/b/a Bull's Head<br>16 Long Ridge Road<br>Stamford, CT 06905 | Hawar Ramadhan<br>1235 Park Avenue<br>Bridgeport, CT 06604 |
| RHS, LLC<br>1267 Fairfield Avenue<br>Bridgeport, CT 06605 | Adnan Rahim<br>Saleh Rana<br>1789 Barnum Avenue<br>Bridgeport, CT 06610 | Adnan Akach<br>3725 Madison Avenue<br>Bridgeport, CT 06606 |
| Adnan Akach<br>2098 Fairfield Avenue<br>Bridgeport, CT 06605 | Renaldi's Getty, LLC<br>612 Route 82<br>Montville, CT 06370 | P&M Petro Mart<br>441 West Avon Road<br>Avon, CT 06001 |
| Adnan Rahim<br>540 Derby Avenue<br>West Haven, CT 06516 | | |

989678.2

# EXHIBIT B

## Exhibit B
## GETTY LOCATIONS (35)
### Delivery Prohibited Without Prior Consent
### Of Getty Properties, NECG Holdings or CCO, LLC

| | | |
|---|---|---|
| Saud Alkulaib<br>47 Wolcott Road<br>Wolcott, CT 06716 | JZ Mart, LLC<br>300 Bridgeport Avenue<br>Milford, CT 06460 | One Stop Mart, LLC<br>231 Cherry Street<br>Milford, CT 06460 |
| UNHK, LLC<br>208 Foxon Road<br>North Branford, CT 06471 | Janrisk Capital, LLC<br>721 Kings Highway<br>Fairfield, CT 06430 | Indtur, LLC<br>531 North Main Street<br>Union City, CT 06770 |
| Navjot Enterprises, Inc.<br>241 Kimberly Avenue<br>New Haven, CT 06519 | Rao Zahid Khan<br>216 Merrow Road<br>Tolland, CT 06084 | ZS Enterprises, LLC<br>3 West Stafford Road<br>Stafford Springs, CT 06076 |
| Shahid Siddiq<br>886 Hartford Road<br>Manchester, CT 06040 | ASTAHN, LLC<br>850 Hopmeadow Street<br>Simsbury, CT 06070 | Mujtaba Khalled<br>176 Tolland Turnpike<br>Manchester, CT 06040 |
| HSTN, LLC<br>126 South Road<br>Enfield, CT 06082 | ATKR, LLC<br>561 Sullivan Avenue<br>South Windsor, CT 06074 | John Buzzeo<br>Mario Buzzeo<br>242 South Salem Road<br>Ridgefield, CT 06877 |
| Superior Service, Inc.<br>813 Federal Road<br>Brookfield, CT 06804 | Wilton Service Center Inc.<br>210 Danbury Road<br>Wilton, CT 06897 | Mehar Petro Inc.<br>241 White Street<br>Danbury, CT 06810 |
| Pamby Motors Inc.<br>36 Danbury Road<br>Ridgefield, CT 06877 | Expert Automotive Repairs, LLC<br>206 Main Avenue<br>Norwalk, CT 06851 | 331 West Avenue Gas Station, LLC<br>331 West Avenue<br>Norwalk, CT 06853 |
| West Broad Service Center, LLC<br>59 West Broad Street<br>Stamford, CT 06902 | Mica Enterprises, Inc.<br>224 Magee Avenue<br>Stamford, CT 06902 | J&J Car Care Center, Inc.<br>271 Post Road East<br>Westport, CT 06880 |
| Thomas Ceraso<br>179 Noroton Avenue<br>Darien, CT 06820 | Bodaeve, Inc.<br>d/b/a Bull's Head<br>16 Long Ridge Road<br>Stamford, CT 06905 | Hawar Ramadhan<br>1235 Park Avenue<br>Bridgeport, CT 06604 |
| RHS, LLC<br>1267 Fairfield Avenue<br>Bridgeport, CT 06605 | Adnan Rahim<br>Saleh Rana<br>1789 Barnum Avenue<br>Bridgeport, CT 06610 | Adnan Akach<br>3725 Madison Avenue<br>Bridgeport, CT 06606 |
| Adnan Akach<br>2098 Fairfield Avenue<br>Bridgeport, CT 06605 | Renaldi's Getty, LLC<br>612 Route 82<br>Montville, CT 06370 | P&M Petro Mart<br>441 West Avon Road<br>Avon, CT 06001 |
| Adnan Rahim<br>540 Derby Avenue<br>West Haven, CT 06516 | Alp Convenience, LLC<br>301 East Street<br>Plainville, CT 06062 | |

989678.3

# EXHIBIT C

EXHIBIT C

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GETTY PROPERTIES CORP. and NECG HOLDINGS CORP., <br><br> Plaintiffs, <br><br> vs. <br><br> TUXIS-OHR FUEL, INC., RENALDI'S GETTY, LLC, and HSTN LLC, <br><br> Defendants. | Civil Action No. 3:12-CV-00865-AWT |

## MUTUAL RELEASE

In consideration of the execution of the Stipulation of Settlement and Order of Dismissal as to Defendant Tuxis-Ohr Fuel, Inc. ("Tuxis"), to which this release is an Exhibit, and the contents and performance of the terms thereof, and other valuable and appropriate consideration, the plaintiffs, Getty Properties Corp. ("Getty") and NECG Holdings Corp. ("NECG"), and defendant, Tuxis, in Civil Action No. 3:12-CV-00865-AWT pending in the United States District Court for the District of Connecticut (the "Federal Action"), hereby agree to this mutual release pursuant to the following terms:

(1) The "Getty Releasing Parties" shall be defined as Getty and NECG and all of their direct and indirect present and future parents, subsidiaries, divisions, affiliates, partners, joint ventures, allied and associated companies, representatives, successors, and assigns, including Getty Realty Corp., AOC Transport Inc. and CPD Energy (Chestnut Petroleum).

(2) the Getty Releasing Parties hereby release and forever discharge Tuxis from any and all claims, demands, damages, actions, rights of contribution and

1

996494.1

indemnification, liabilities, causes of action, suits of any kind or nature whatsoever, which the Releasing Parties ever had, now have, or can, shall, or may have, on account of any and all known or unknown, foreseen or unforeseen, matured or unmatured, direct or indirect injuries, losses, damages, and claims alleging liability of any kind whatsoever relating in any way to or arising in any way out of Tuxis' supply and delivery of gasoline or any other products to the thirty-five service stations listed on Exhibit A to the aforementioned Stipulation.

(3) Tuxis hereby releases and forever discharges the Getty Releasing Parties from any and all claims, demands, damages, actions, rights of contribution and indemnification, liabilities, causes of action, suits of any kind or nature whatsoever, which Tuxis ever had, now has, or can, shall, or may have, on account of any and all known or unknown, foreseen or unforeseen, matured or unmatured, direct or indirect injuries, losses, damages, and claims alleging liability of any kind whatsoever relating in any way to or arising in any way out of the Federal Action, or relating in any way to or arising in any way out of claims or circumstances relating to the thirty-five service stations listed on Exhibit A to the aforementioned Stipulation.

IN WITNESS WHEREOF, Plaintiffs and Tuxis have caused this Mutual Release to be duly executed on the ___ day of October, 2012.

Getty Properties Corp.

By: _____

NECG Holdings Corp.

By: _____

Tuxis-Ohr Fuel, Inc.:

By: _____

3

996494.1