UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GETTY PROPERTIES CORP. and NECG HOLDINGS CORP, <br><br> Plaintiffs, <br><br> vs. <br><br> RENALDI'S GETTY, LLC, HSTN LLC, et al. <br><br> Defendants. | Civil Action No. 3:12-CV-00865-AWT <br><br> November 28, 2012 |

## ORDER TO SHOW CAUSE FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Upon the Amended Complaint, the affidavit of Kevin Shea and exhibits thereto, the affidavit of Michael Proctor and exhibits thereto, and the memorandum of law, and it appearing to the Court therefrom that immediate and irreparable injury will result to plaintiffs, and good cause and an opportunity for defendants to appear before the Court having been shown, it is hereby

ORDERED that plaintiffs' Motion for Leave to Amend to Join Additional Defendants, filed concurrently herewith, is hereby granted; and it is further

ORDERED that defendants listed at paragraphs 6 to 32 of plaintiffs' Amended Complaint, their officers, agents, servants, employees, and all persons in active concert or participation with them (the "Operator Defendants") be and hereby are restrained from, in any manner directly or indirectly purchasing, storing, selling, attempting to sell, offering for sale, distributing, marketing, or otherwise handling at the 27 service station premises listed at paragraphs 6 to 32 of plaintiffs' Amended Complaint, any gasoline, motor fuel or petroleum products sold or otherwise distributed

by any persons or entities other than NECG Holdings Corp. ("NECG") or another entity as may be approved by Getty Properties Corp. ("Getty") or NECG; and it is further

ORDERED that all defendants produce on an expedited schedule for inspection and copying at their principal places of business any and all documents, as they are kept in their ordinary and usual course of business, including but not limited to sales records, delivery tickets and invoices, referring or relating to the purchase and resale of gasoline, motor fuel or other petroleum products supplied by any source other than NECG since October 21, 2012, on or before _____; and it is further

ORDERED the plaintiffs shall, within two days of receipt of the defendants' production of documents as ordered directly above, further amend their complaint in this action as necessary to add any unauthorized suppliers discovered following the defendants' production; and it is further

ORDERED that plaintiffs be required to post a bond or other security with the Court in an amount of $1000.00 by no later than 5:00 p.m. on _____, 2012; and it is further

ORDERED that defendants show cause before the United States District Court for the District of Connecticut, at the United States Courthouse, 450 Main Street, Hartford, Connecticut, on _____, 2012 at _____ m., or as soon thereafter as counsel may be heard, why an Order should not be entered continuing preliminarily and until the conclusion of a plenary hearing in this matter all of the aforesaid restraints; and it is further

ORDERED that service of a conformed copy of this Order to Show Cause, together with copies of the affidavits upon defendants by delivering to their principal

places of business on or before _____, 2012, shall be deemed good and sufficient service; and it is further

ORDERED that responding affidavits and briefs, if any, be filed and served by defendants no later than _____, 2012; and it is further

ORDERED that reply affidavits and briefs, if any, be filed and served by plaintiffs no later than _____ 2012.

Dated at _____ Connecticut, on this \_\_\_ day of _____, 2012.

_____
U.S.D.J.