UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GETTY PROPERTIES CORP. and
NECG HOLDINGS CORP,

                            Plaintiffs,

             vs.

RENALDI'S GETTY, LLC, HSTN LLC, et al.

                            Defendants.

                   .

Index No.


AFFIDAVIT OF MICHAEL PROCTOR


November 26, 2012

STATE OF CONNECTICUT      )
                          )   SS:
COUNTY OF FAIRFIELD       )

MICHAEL PROCTOR, being duly sworn, deposes and says:

1.  I submit this affidavit on personal knowledge in support of the Plaintiffs' motion for a temporary restraining order and preliminary injunctive relief in this action.

2.  In anticipation of further motion practice in the litigation between Getty Properties Corp. ("Getty") and NECG Holdings Corp ("NECG") (collectively, "Plaintiffs") and 27 service station operators currently occupying Getty-owned stations (the "Operator Defendants"), I was asked to attempt to purchase gasoline at each of the 27 stations in order to determine whether the Operator Defendants were selling gasoline at the station and to determine, if possible, who was making gasoline deliveries to the Operator Defendants.

3.  Between Sunday, November 18, 2012 and Monday, November 26, 2012, I visited each of the 27 stations, as set out in greater detail below.  Where stations were open and selling gasoline, I made a purchase of gasoline and retained a receipt.

**Exhibit A** attached hereto are true and correct copies of the receipts for all gasoline purchased.  **Exhibit B** attached hereto are true and correct copies of photographs I took at 4 stations where BP and Getty trademarks were visible.

4. On November 18, 2012, I visited the station located at 886 Hartford Road, Manchester, Connecticut and purchased $10.00 in gas.  The receipt had SSAW, LLC listed on it.

5. On November 18, 2012, I visited the station located at 176 Tolland Turnpike, Manchester, Connecticut and purchased $10.00 in gas.  The receipt had SANA Gas listed on it.

6. On November 18, 2012, I visited the station located at 216 Merrow Road, Tolland, Connecticut.  This store was not selling gas, and had bags around the pumps.  It had a diesel pump that was not bagged.  I purchased $8.60 of goods in the convenience store to obtain a receipt.  The receipt had Tolland BP listed on it.

7. On November 18, 2012, I visited the station located at Route 82 Montville, Connecticut and purchased $10.00 in gas.  The receipt had "BP 612 Route 82" Renaldi's Getty listed on it.

8. On November 19, 2012, I visited the station located at 126 South Road, Enfield, Connecticut and purchased $3.50 of goods at the convenience store.  The station did not have any gasoline at the time, but the attendant said he was expecting a delivery.

9. On November 19, 2012, I visited the station located at 3 West Stafford Road, Stafford Springs, Connecticut and purchased $12.26 of goods at the

convenience store.  Although the station was not selling gasoline at the time, the attendant stated that he was expecting a delivery.  The BP logo on the pumps and signage was partially visible and uncovered.

10.  On November 21, 2012, I visited the station located at 561 Sullivan Avenue, South Windsor, Connecticut and purchased goods from the convenience store, but was not provided a receipt.  Although the station was not selling gasoline at the time, the pumps appeared to be open and the BP flagship sign with gasoline prices was partially visible and uncovered.

11.  On November 21, 2012, I visited the station located at 850 Hopmeadow Street, Simsbury, Connecticut.  The pumps appeared abandoned and the Getty flagship sign was visible and in disrepair.

12.  On November 21, 2012, I visited the station located at 47 Wolcott Road, Wolcott, Connecticut and purchased $10.00 in gas.  The BP logo on the pumps and signage was visible and uncovered, except for the flagship sign, which was partially covered.

13.  On November 21, 2012, I visited the station located at 531 North Main Street, Naugatuck (Union City), Connecticut and purchased $10.00 in gas.  The station was very busy and the BP logo on the pumps and signage was visible and uncovered.

14.  On November 21, 2012, I visited the station located at 301 East Street, Plainville, Connecticut and purchased $10.00 in gas.  The station was busy and all Getty logos and signage was visible and uncovered.

15. On November 24, 2012, I visited the station located at 241 White Street, Danbury, Connecticut and purchased $4.55 of goods at the convenience store. The station did not have any gasoline at the time, but the attendant said he was expecting a delivery.

16. On November 24, 2012, I visited the station located at 36 Danbury Road, Ridgefield, Connecticut.  The station was closed.

17. On November 24, 2012, I visited the station located at 242 South Salem Road, Ridgefield, Connecticut and purchased $10.03 of gas.

18. On November 24, 2012, I visited the station located at 210 Danbury Road, Wilton, Connecticut.  The station was not selling gasoline at the time and the BP logo was partially visible on the pumps.

19. On November 24, 2012, I visited the station located at 206 Main Street, Norwalk, Connecticut and purchased $5.01 in gas.

20. On November 24, 2012, I visited the station located at 331 West Avenue, Norwalk, Connecticut and purchased $10.00 in gas.  The station was very busy.

21. On November 24, 2012, I visited the station located at 271 Post Road, Westport, Connecticut and was unable to purchase gasoline because the station's credit card machines were not functioning.  The station, however, was selling gasoline.

22. On November 24, 2012, I visited the station located at 721 Kings Highway East, Fairfield, Connecticut.  The station appeared to be abandoned.

23. On November 24, 2012, I visited the station located at 300 Bridgeport Avenue, Milford, Connecticut and purchased $5.07 of gas.  The BP logo on the signage and flagship sign was partially visible.

4

24. On November 24, 2012, I visited the station located at 231 Cherry Street, Milford, Connecticut and purchased $10.00 of gas, though the machine would not produce a receipt.  The BP logo on the pumps and signage was partially visible.

25. On November 24, 2012, I visited the station located at 241 Kimberly Avenue, New Haven, Connecticut and purchased $5.01 of gas.  The station was very busy and the Getty logo on the signage was partially visible.

26. On November 24, 2012, I visited the station located at 208 Foxon Road, North Branford, Connecticut and purchased $10.00 in gas.

27. On November 26, 2012, I visited the station located at 179 Noroton Avenue, Darien, Connecticut and it was closed.

28. On November 26, 2012 I visited the station located at 16 Long Ridge Road, Stamford, Connecticut and purchased $10.00 of gas.

29. On November 26, 2012, I visited the station located at 224 Magee Avenue, Stamford, Connecticut and purchased $10.00 of gas.  The station was very busy.

30. On November 26, 2012, I visited the station located at 59 West Broad Street, Stamford, Connecticut and it was not selling gasoline.

_____
Michael Proctor

Subscribed and sworn to
before me this 2 6 day of November, 2012.

_____
Notary Public
My Commission Expires:_____
Commissioner of the Superior Court

5

999509.1