# Exhibit A

```
          WELCOME TO
           TOLLAND BP
    T0091896495-001  TOLLAND STORE
    216 MERROW RD.
    TOLLAND    CT 06084

    Descr.              qty       amount
    <CUSTOMER COPY>
    T MARL MEN LT        1          8.09
                              ---------
                    Sub Total       8.09
                         Tax        0.51
                              ---------
                    TOTAL     $     8.60
                       CREDIT $     8.60

    CARD TYPE: MASTERCARD
    CARD NAME: PROCTOR    /MICHAEL
    ACCT NUMBER: XXXX XXXX XXXX 4752
    TRANS TYPE: SALE
    APPROVAL: 447941    INVOICE: 032899
    AMOUNT:    $         8.60

    APPROVED  447941   ********************

         THANKS! COME AGAIN
    REG# 0001 CSH# 002 DR# 01 TRAN# 118547
    11/18/12  14:25:34            STH F04
```

## Receipt 1: One Stop Mart

```
       WELCOME TO
    ONE STOP MART
    231 CHERRY ST

      MILFORD CT 06460
      Ph:[203] 882 1618
I009169319-001 ONE STOP MART LLC
231 CHERRY STREET
MILFORD    CT 06460

Descr.         qty        amount
 <CUSTOMER COPY>
T MARLBORO M LI  1          8.27

           Sub Total        8.27
                 Tax        0.53
       TOTAL                8.80
              CREDIT  $     8.80

CARD TYPE: MASTERCARD
CARD NAME: PROCTOR     /MICHAEL
ACCT NUMBER: XXXX XXXX XXXX 4752
TRANS TYPE: SALE
APPROVAL: 342814      INVOICE: 001308
AMOUNT:          $    8.80

APPROVED  342814
***************************************

    THANKS.COME AGAIN
REG# 0001 CSH# 002 DR# 01 TRAN# 17073
11/24/12  13:58:51           ST# AB123
```

## Receipt 2: Mobil

```
              MOBIL
            KING ST
         ENFIELD, CT

            STAR LIGHT MIN
              ENFIELD CT
           DEALER: 9754532
            11/19/12 13:36

ACCT/CARD #:  XXXXXXXXXXXX4752
AUTH. #:      088934
INVOICE #:    PQ70285

DEBIT TOTAL    $21.80

CASHIER: 03

ITEM              QTY   PRICE   AMOUNT
Regular Bl/Self
Pump3 Prepay    5.1696 @ 3.869   20.00
SNICKERS KS                       1.69T

Items: 2        Subtotal        21.69
                CT TAX            0.11
                Total           21.80

      SHIFT 001290

           THANK YOU
          COME AGAIN
```

## Receipt 3: Black Gold Ent

```
      WELCOME TO
    BLACK GOLD ENT

800000285284-002-2
BROOKFIELD IRVING #77005
177 FEDERAL ROAD
BROOKFIELD     CT 06804
203-775-9977

Descr.          qty       amount
 <CUSTOMER COPY>
Prepay CA#01                10.00

           Sub Total        10.00
                 Tax         0.00
       TOTAL               10.00
              DEBIT  $      10.00
***************************************

CARD TYPE: DEBIT
CARD NAME: PROCTOR     /MICHAEL
ACCT NUMBER: ************4752
EXP. DATE:         TRANS TYPE: SALE
SEQ# 0042 REFERENCE# 329000021000071
AUTH# 212706      APPROVED
BATC# 06     TRACE# 00253492
***************************************
***************************************

           THANK YOU
       PLEASE COME AGAIN!
REG# 0002 CSH# 001 DR# 01 TRAN# 20289
11/24/12  08:50:52           ST# 77005
```

```
       WELCOME

T009981988-001
STATELINE SERVICE
242 S. SALEM RD.
RIDGEFIELD   CT 0687

DATE       11/24/12
TIME       11:16 AM
AUTH# 224208

MASTERCARD
    ACCOUNT NUMBER
XXXX XXXX XXXX 4752
PROCTOR              /M

PUMP   PRODUCT   PPG
 02     UNLD    $4.099

GALLONS      TOTAL
 2.446      $10.03



    THANK YOU
  HAVE A NICE DAY
```

```
         WELCOME


FM00120708
MASTERCARD
INVOICE# 000997
DATE 11/24/12   11:03
PUMP # 05
PRODUCT: UNLD
APPROVAL # 259341
GALLONS:          1.253
PRICE/G:          3.999
FUEL  SALE   $    5.01

      THANK YOU
   HAVE A NICE DAY
```

```
       WELCOME
    NEW HAVEN B P
   241 KIMBERLY AVE
  NEW HAVEN CT 06519

T009982942-001
KIMBERLY AVE MART
241 KIMBERLY AVE
NEW HAVEN   CT 0651

DATE       11/24/12
TIME        2:16 PM
AUTH# 363333

MASTERCARD

PUMP   PRODUCT   PPG
 05     UNLD    $3.999

GALLONS      TOTAL
 1.253       $5.01



    THANK YOU
  HAVE A NICE DAY
```

```
0000272800088606          Ref #: 015
     GETTY
  208 FOXON RD
NORTH BRANFORD, CT 06471
   203-484-9175

Term ID: 001

              Sale

4752
DEBIT    Entry Method: Swiped

11/24/12              14:54:16
Inv #: 0000015       Appr Code:
Apprvd: Online      Batch#: 329001
Trace: 087970080

Total:           $        10.00

                    Customer Copy
```

```
      WELCOME TO
   STAFFORD SPRINGS BP
   3 WEST STAFFORD RD
     STAFFORD SPRINGS
T009979666-001  ZS ENTERPRISES
3 W STAFFORD RD #3
STAFFORD SPR CT 06076


   Descr.          qty       amount
   -------         ---      --------
   <CUSTOMER COPY>
   REDBULL/12OZ     1         3.49
 T M,SPECIAL       1         7.25
 T COFFEE          1         1.00
                            --------
                 Sub Total    11.74
                      Tax      0.52
           TOTAL           12.26
                 CREDIT  $    12.26
  CARD TYPE: MASTERCARD
  CARD NAME: PROCTOR      /MICHAEL
  ACCT NUMBER: XXXX XXXX XXXX 4752
  TRANS TYPE: SALE
  APPROVAL: 164910    INVOICE: 008426
  AMOUNT:          $   12.26


APPROVED  164910
********************************

  THANKS,COME AGAIN
REG# 0001 CSH# 002 DR# 01  TRAN# 16303
11/19/12  13:04:09           ST# AB123
```

```
        WELCOME
         J.Z MART
      300 BRIDGEPORT AVE
       MILFORD CT 06460
         203 877 4526

     T009975668-001
       MILFORD BP
     300 BRIDGEPORT AVE
     MILFORD      CT 0646

  DATE       11/24/12
  TIME        1:49 PM
  AUTH#  330149


  MASTERCARD
  PROCTOR              /M

  PUMP   PRODUCT   PPG
   07     UNLD    $3.899

   GALLONS      TOTAL
    1.301       $5.07




         THANK YOU
      HAVE A NICE DAY
```

```
            331 WEST AVE GAS STA
            331 WEST AVENUE
            SOUTH NORWALK, CT. 06854
                203-853-2648

  Merchant ID: 8022240843
  Term ID: 0075420008022240843002

              Sale

  xxxxxxxxxxxx4752
  DEBIT           Entry Method: Swiped

  Total:          $       10.00

  11/24/12              11:15:39
  Inv #: 000015    Appr Code: 803554
  Apprvd: Online
  Ref #: 04994333


             Customer Copy

             THANK YOU!
```

```
                                    MEHAR PETRO INC
                                     241 WHITE ST
                                   DANBURY   CT 06810

              DATE: 11/24/12                          TIME: 09:13
              MERCHANT ID:                            KL0997459031
                              DEBIT CARD
                              DEBIT SALE

              CARD#                                   ******4752
              EXPIRATION DATE                              ****
              SEQ:                                        278868
              APPROVAL CODE:                              174600
              ENTRY METHOD:                               SWIPED

              PRODUCT              QTY PRICE     AMOUNT
              UNLEADED           1.198G 3.799       $4.55
              TOTAL AMOUNT:                         $4.55

                              APPROVED 174600

                          THANKS FOR YOUR BUSINESS

                              CUSTOMER COPY
```

```
                          WELCOME TO
                         BP 612 ROUTE 82
                        OAKDALE CT 06370
                          860 859 2613
              T000980842-001 RENALDI'S GETTY
              612 ROUTE 82
              OAKDALE      CT 06370

              Descr.              qty          amount
              <CUSTOMER COPY>
              Prepay CR#04                      10.00
                                  Sub Total     10.00
                                       Tax       0.00
                              TOTAL    $        10.00
                                      CREDIT $  10.00

              CARD TYPE: MASTERCARD
              CARD NAME: PROCTOR           /MICHAEL
              ACCT NUMBER: XXXX XXXX XXXX 4752
              TRANS TYPE: SALE
              APPROVAL: 750567          INVOICE: 024429
              AMOUNT:            $ 10.00

              APPROVED  750567
              ***************************************

                         THANKS, COME AGAIN
              REG# 0001 CSH# 002 DR# 01  TRAN# 18412
              11/18/12  19:31:47              ST# AB123
```

```
                          WELCOME TO
                           SSAW LLC
                       886 HARTFORD RD
                     MANCHESTER CT 06040
                         860 647 8124
              T009975031-001 SSAW LLC
              886 HARTFORD RD
              MANCHESTER    CT 06040

              Descr.              qty         amount
              <CUSTOMER COPY>
              Prepay CA#02                     10.00
                                  Sub Total    10.00
                                       Tax      0.00
                              TOTAL   $        10.00
                                      DEBIT $  10.00

              CARD TYPE: DEBIT
              CARD NAME: PROCTOR         /MICHAEL
              ACCT NUMBER: XXXXXXXXXXXX4752
              TRANS TYPE: SALE
              APPROVAL: 423925         INVOICE: 020170
              AMOUNT:            $ 10.00

              APPROVED  423925
              ***************************************

                         THANKS, COME AGAIN
              REG# 0001 CSH# 002 DR# 01  TRAN# 19238
              11/18/12  11:53:11              ST# 6822
```

33

```
            WELCOME TO
           WOLCOTT BP
         47 WOLCOTT RD
        WOLCOTT CT 06716
   [00997522B-001 WOLCOTT BP
   47 WOLCOTT RD
   WOLCOTT    CT 06716


   Descr.          qty        amount
   .......         ...        ------
   Prepay CA#07               10.00
                              -----

                   Sub Total  10.00
                        Tax    0.00
                      Total   10.00
                    DEBIT $   10.00

   CARD TYPE: DEBIT
   CARD NAME: PROCTOR    /MICHAEL
   ACCT NUMBER: XXXXXXXXXXXX4752
   TRANS TYPE: SALE
   APPROVAL: 923012    INVOICE: 028802
   AMOUNT:       $  10.00

   NO SIGNATURE NEEDED

   APPROVED 923012
   ************************************

   REG# 0001 CSH# 002 DR# 01  TRAN# 19469
   11/21/12  11:58:48              ST# AB123
```

```
            WELCOME TO
             OUR STORE
           860-793-6363
   [00977[201-00] AP CONVENIENCE LLC
   30 EAST STREET
   PLAINVILLE CT 06062


   Descr.         qty         amount
   ......         ...         ------
   Prepay CA#03               10.00
                              -----

                   Sub Total  10.00
                        Tax    0.00
                      TOTAL   10.00
                    DEBIT $   10.00

   CARD TYPE: DEBIT
   ACCT NUMBER: XXXXXXXXXXXX4752
   TRANS TYPE: SALE
   APPROVAL: 949393    INVOICE: 010404
   AMOUNT:       $  10.00

   APPROVED  949393
   ************************************

   THANKS-COME AGAIN

   REG# 0001 CSH# 001 DR# 01  TRAN# 10140
   11/21/12  12:41:00              ST# AB123
```

Receipt 1:

```
WELCOME TO SOUTH RD
    860-749-3720
   126 SOUTH ROAD
  ENFIELD CT 06082
T0S974635-001 HSTN LLC
126 SOUTH RD
ENFIELD    CT 06082

Descr.       qty        amount
1 DMJB        1           3.29
              Sub Total   3.29
                    Tax   0.21
          T O T A L    3.50
              CASH $      5.00
            Change $     -1.50

THANKS,COME AGAIN
REG# 0001 CSH# 002 DR# 01 TRAN# 15126
11/19/12  14:20:19          ST# 685.30
```

Receipt 2:

```
         WELCOME TO
      P+M PETRO MART
     441 WEST AVON RD
       AVON CT 06001
       860 673 7111
T0099761115-001 P & M PETRO MART
441 WEST AVON RD
AVON    CT 06001

Descr.        qty        amount
<CUSTOMER COPY>
Prepay CA#02              10.00

              Sub Total   10.00
                    Tax    0.00
         T O T A L    10.00
                DEBIT $   10.00

CARD TYPE: DEBIT
CARD NAME: PROCTOR   /MICHAEL
ACCT NUMBER: XXXXXXXXXXXX4752
TRANS TYPE: SALE
APPROVAL: 914470    INVOICE: 047371
AMOUNT:         $   10.00

APPROVED 914470
**********************************
      THANKS,COME AGAIN
REG# 0001 CSH# 002 DR# 01 TRAN# 19624
11/21/12  09:45:36          ST# AB123
```

Receipt 3:

```
                              0014898774
                              INDTUR GAS
                           531 N MAIN STREET
                          NAUGATUCK, CT 06770
                             203-729-4444

Term ID: 001                        Ref #: 344

                Sale

4752
DEBIT                        Entry Method: Swiped

11/21/12                              12:33:31
Inv #: 000044                    Appr Code: 
Apprvd: Online                   Batch#: 32001
Trace: 00929145

Total:            $               10.00

                Customer Copy
```

*12*        *27*        *26*

```
LCOME TO
ANA GAS
OLLAND TPKE
TER CT 06040
  647 8987
  SANA GETTY
PKE
CT 06040


        qty       amount
        ---       ------
02               10.00
                ----------
   Sub Total     10.00
        Tax       0.00
TOTAL          10.00
       DEBIT $   10.00
DEBIT
PROCTOR     /MICHAEL
:: XXXXXXXXXXXX4752
   SALE
396608    INVOICE: 034318
       $  10.00

GNATURE NEEDED

3608
*************************

CSH# 002 DR# 01  TRAN# 18420
12:08:48         ST#  589
```

```
         SHIPPAN POINT CONVENIENC
              224 MAGEE AVE
           STAMFORD   CT 06902


DATE: 11/26/12              TIME: 13:37
MERCHANT ID:            JA09976340001
                 DEBIT CARD
                 DEBIT SALE

CARD#                    ************4752
EXPIRATION DATE                   **/**
SEQ:                             184008
APPROVAL CODE:                   509936
ENTRY METHOD:                    SWIPED

PRODUCT      QTY     PRICE    AMOUNT
UNLEADED     2.440G  4.099     10.00
TOTAL AMOUNT:              $10.00

          APPROVED  509936

        THANKS FOR YOUR BUSINESS

             MERCHANT COPY
```

```
BULL'S HEAD SERVICE    MID# VX09975627001
16 LONG RIDGE ROAD
STAMFORD    CT 06905

PRODUCT          QTY   PRICE   AMOUNT
UNLEADED      F  2.370 4.219    10.00
                          TAX    0.00
SEQ# 008685              TOTAL $ 10.00

AUTH# 273695
XXXXXXXXXXXX4752      MASTERCARD
CREDIT     SALE        11/26/12 13:58

APPROVED  273695


THANK YOU FOR YOUR PURCHASE TODAY!
PLEASE COME AGAIN

          CUSTOMER COPY
```