# EXHIBIT B

BILL OF SALE

THIS BILL OF SALE ("Bill of Sale") is made as of the 1st day of May, 2012 between GREEN VALLEY OIL, LLC, a Pennsylvania limited liability company ("Seller") and AOC TRANSPORT INC., a Delaware corporation ("Buyer").

W1TNESSETH:

For Ten Dollars ($10.00) and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Seller and Buyer hereby agree as follows:

1. Seller hereby sells, transfers and conveys to Buyer and Buyer hereby accepts, all of Seller's right, title and interest in and to the personal property described on Schedule "A" attached hereto and made a part hereof ("Personalty") located at the real property sites described in Schedule "B" attached hereto and made a part hereof ("Real Property").

2. This Bill of Sale is given at the request of Buyer and Getty Properties Corp., and of Getty Petroleum Marketing Inc. ("GPMI") and the other Debtors, and the Official Committee of Unsecured Creditors, in the Bankruptcy Proceedings (hereinafter referred to) with reference to (a) that certain Site and Facilities Sublease Agreement, as amended, dated April 2, 2009 between GPMI and Seller (hereinafter, "Sublease"), (b) that certain Stipulation and Order entered in the United States Bankruptcy Court for the Southern District of New York ("BankruptcY Court") on April 2, 2012 [Docket No. 348] in the bankruptcy proceedings in Case No. 11-15606 (SCC) in which GPMI and others are the Debtors ("Bankruptcy Proceedings") referenced therein, (c) that certain Order Rejecting Master Lease With Getty Properties entered in the Bankruptcy Court on April 30, 2012 [Docket No. 416], (d) that certain Stipulation and Order entered in the Bankruptcy Court on January 24, 2012 [Docket No, 24] and amended by Amendment to Stipulation and Order entered in the Bankruptcy Court on March 23, 2012 [Docket No. 33], in Adversary Proceeding No, 12-01020 (SCC) in connection with the Bankruptcy Proceedings, with respect to, inter alia, Seller's vacating all of the properties leased under the Sublease, and (e) those certain Bills of Sale previously given by CIPMI to Getty Properties Corp., or its designees dated as of May 1, 2012.

3. THE PERSONALTY IS BEING TRANSFERRED "AS IS", "WHERE IS", AND "WITH ALL FAULTS" AS OF THE DATE OF THIS BILL OF SALE, WITHOUT ANY REPRESENTATION OR WARRANTY WHATSOEVER AS TO ITS CONDITION, FITNESS FOR ANY PARTICULAR PURPOSE, MERCHANTABILITY OR ANY OTHER WARRANTY, EXPRESS OR IMPLIED. BUYER IS HEREBY ACQUIRING THE PERSONALTY BASED SOLELY UPON BUYER'S OWN INDEPENDENT INVESTIGATIONS AND INSPECTIONS OF THAT PERSONALTY AND NOT IN RELIANCE ON ANY INFORMATION PROVIDED BY SELLER OR SELLER'S AGENTS OR CONTRACTORS. SELLER HAS MADE NO AGREEMENT TO ALTER, REPAIR OR IMPROVE ANY OF THE PERSONALTY. SELLER SPECIFICALLY DISCLAIMS ANY WARRANTY, GUARANTY OR REPRESENTATION, ORAL OR WRITTEN, PAST OR PRESENT, EXPRESS OR IMPLIED, CONCERNING THE PERSONALTY OR SELLER'S TITLE THERETO, EXCEPT AS MAY BE SPECIFICALLY PROVIDED FOR HEREIN.

W/1979896

4. This Bill of Sale may be executed in any number of counterparts, each of which shall be deemed an original, but all of which shall constitute one and the same instrument.

5. "Seller" and "Buyer" shall be used for singular or plural, natural or artificial, whenever the context so requires or admits. This Bill of Sale shall be binding upon and inure to the benefit of Seller and Buyer their respective heirs, legal representatives, successors and assigns.

**IN WITNESS WHEREOF**, the parties hereto have executed this Bill of Sale as of the date first above written.

"SELLER":

GREEN VALLEY OIL, LLC, a Pennsylvania limited liability company

By: _____
Oleg Aliferov
President

"BUYER":

AOC TRANSPORT INC., a Delaware corporation

By: _____
Joshua Dicker
Sr. Vice President

Commonwealth of Pennsylvania

County of ~~Bucks~~ Montgomery :SS

On this, the 23 day of August, 2012, before me, the subscriber, personally appeared Oleg Aliferov, who I am satisfied is the person who executed the foregoing instrument as the President of Green Valley Oil, LLC, the entity named in the foregoing instrument, and who acknowledged that he/she, in such capacity, being authorized to do so, executed the foregoing instrument as such entity's voluntary act and deed for the purposes therein contained by signing on behalf of said entity.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

_____
(Notary Public)
Notary name: _____

My Commission Expires:

(Seal)

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
HELEN M. GOSLEE, Notary Public
Lower Merion Twp., Montgomery County
My Commission Expires January 25, 2014

State of New York:
                      :SS.
County of Nassau  :

    On this, the      day of August, 2012, before me, the undersigned, personally appeared Joshua Pefer , personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her capacity, and that by his/her signature on the instrument, the individual executed the instrument.

    IN WITNESS WHEREOF, I hereunto set my hand and official seal.

_Kyoshia N Jackson_
(Notary Public)
Name: Kyoshia N. Jackson

My Commission Expires: March 28, 2015

(Seal)

KYOSHIA N. JACKSON
Notary Public, State of New York
No. 01JA6237722
Qualified in Suffolk County
Commission Expires March 28, 20 15

## SCHEDULE "A"

## PERSONALTY

"Personalty" shall mean and include all "UST Installations" to the extent located at the Real Property, as the term "UST Installations" is defined in the Sublease as follows: the underground storage tanks, lines, dispensers, and related equipment located at the Sites.

## SCHEDULE "B"

## REAL PROPERTY

## SCHEDULE "B"
## REAL PROPERTY

| Property # | Address | City | County | State | Zip |
|---|---|---|---|---|---|
| 365 | 1324 EAST | ID GREENWI | FAIRFIELD | CT | 06870 |
| 581 | 1267 FAIRFI | BRIDGEPORT | FAIRFIELD | CT | 06605 |
| 582 | 44 SOUTH S | BRISTOL | HARTFORD | CT | 06010 |
| 585 | 611 MAIN S | ST HARTFOI | HARTFORD | CT | 06108 |
| 587 | RTS 32 & 87 | FRANKLIN | IEW LONDO | CT | 06254 |
| 589 | 176 TOLLA | MANCHESTE | HARTFORD | CT | 06040 |
| 590 | 934-938 E. I | MERIDEN | NEW HAVEN | CT | 06450 |
| 591 | JCT RTES 82 | MONTVILLE | IEW LONDO | CT | 06370 |
| 596 | 195 STATE | ORTH HAVE | NEW HAVEN | CT | 06473 |
| 597 | 479 MAIN A | NORWALK | FAIRFIELD | CT | 06851 |
| 598 | 170 TAFTVII | NORWICH | IEW LONDO | CT | 06360 |
| 600 | 309 PUTNA | WAUREGAN | WINDHAM | CT | 06374 |
| 601 | 398 MAIN S | OUTHINGTO | HARTFORD | CT | 06489 |
| 602 | 561 SULLIV | UTH WINDS | HARTFORD | CT | 06074 |
| 603 | 3 West St | AFFORD SPRI | TOLLAND | CT | 06076 |
| 604 | 120 MAIN S | TERRYVILLE | LITCHFIELD | CT | 06786 |
| 606 | 216 MERRO | TOLLAND | TOLLAND | CT | 06084 |
| 607 | 531 NORTH | UNION CITY | NEW HAVEN | CT | 06770 |
| 609 | 993 HAMIL | WATERBURY | NEW HAVEN | CT | 06720 |
| 611 | 40 NORWIC | WATERFORD | IEW LONDO | CT | 06385 |
| 612 | 540 DERBY | WEST HAVE | NEW HAVEN | CT | 06516 |
| 624 | 30 W. STAT | GRANBY | HAMPSHIRE | MA | 01033 |
| 625 | 123 MAIN S | AT BARRING | BERKSHIRE | MA | 01230 |
| 626 | 13 RUSSELL | HADLEY | HAMPSHIRE | MA | 01035 |
| 627 | ROUTE 7 | NESBOROU( | BERKSHIRE | MA | 01237 |
| 628 | RTE 32 PALI | MONSON | HAMPDEN | MA | 01057 |
| 629 | 148 EAGLE | ORTH ADAN | BERKSHIRE | MA | 01247 |
| 630 | 326 STATE | ORTH ADAN | BERKSHIRE | MA | 01247 |
| 632 | 186 WAHCC | PITTSFIELD | BERKSHIRE | MA | 01201 |
| 633 | 1030 SOUTI | PITTSFIELD | BERKSHIRE | MA | 01201 |
| 635 | 19 BRIDGE | OUTH HADLI | HAMPSHIRE | MA | 01075 |
| 637 | 2221 MAIN | SPRINGFIELD | HAMPDEN | MA | 01104 |
| 638 | 1100 PAGE | SPRINGFIELD | HAMPDEN | MA | 01104 |
| 643 | 278 ELM ST | WESTFIELD | HAMPDEN | MA | 01085 |
| 679 | 154 SOUTH | TORRINGTON | LITCHFIELD | CT | 06790 |
| 680 | 208 FOXON | RTH BRANFC | NEW HAVEN | CT | 06471 |
| 683 | 407 WEST N | MERIDEN | NEW HAVEN | CT | 06451 |
| 687 | 47 WOLCOT | WOLCOTT | NEW HAVEN | CT | 06716 |
| 688 | 301 EAST & | PLAINVILLE | HARTFORD | CT | 06062 |
| 689 | RT 10 & WF | PLAINVILLE | HARTFORD | CT | 06062 |
| 6722 | 1030 BLUE | BLOOMFIELD | HARTFORD | CT | 06002 |
| 6725 | 850 HOPME | SIMSBURY | HARTFORD | CT | 06070 |
| 6742 | 36 DANBUR | RIDGEFIELD | FAIRFIELD | CT | 06877 |
| 6743 | 2098 FAIRFI | BRIDGEPORT | FAIRFIELD | CT | 06605 |
| 6744 | 331 WEST A | NORWALK | FAIRFIELD | CT | 06853 |
| 6746 | 1789 BARN | BRIDGEPORT | FAIRFIELD | CT | 06610 |
| 6748 | 16 LONG RI | STAMFORD | FAIRFIELD | CT | 06905 |
| 6751 | 1235 PARK | BRIDGEPORT | FAIRFIELD | CT | 06604 |
| 6753 | 1464 FAIRFI | BRIDGEPORT | FAIRFIELD | CT | 06605 |
| 6756 | 2750 NORT | BRIDGEPORT | FAIRFIELD | CT | 06604 |

| | | | | |
|---|---|---|---|---|
| 6759 | 241 KIMBEF NEW HAVEN NEW HAVEN | CT | 06519 |
| 6762 | 179 NOROT DARIEN FAIRFIELD | CT | 06820 |
| 6764 | 271 POST R WESTPORT FAIRFIELD | CT | 06880 |
| 6765 | 224 MAGEE STAMFORD FAIRFIELD | CT | 06902 |
| 6766 | 3050 WHITI HAMDEN NEW HAVEN | CT | 06514 |
| 6768 | 59 WEST BF STAMFORD FAIRFIELD | CT | 06902 |
| 6771 | 1046 BOSTC GUILFORD NEW HAVEN | CT | 06437 |
| 6777 | 300 BRIDGE MILFORD NEW HAVEN | CT | 06460 |
| 6778 | 265 BOSTOI STRATFORD FAIRFIELD | CT | 06497 |
| 6779 | 197 MAIN S CHESHIRE NEW HAVEN | CT | 06410 |
| 6781 | 231 CHERR\ MILFORD NEW HAVEN | CT | 06460 |
| 6782 | 721 KINGS F FAIRFIELD FAIRFIELD | CT | 06430 |
| 6813 | COR. RTS #7 BROOKFIELC FAIRFIELD | CT | 06804 |
| 6819 | 206 MAIN A NORWALK FAIRFIELD | CT | 06851 |
| 6822 | 886 HARTF( ANCHESTEI HARTFORD | CT | 06040 |
| 6831 | 158 FITCH S NEW HAVEN NEW HAVEN | CT | 06515 |
| 6834 | 242 S. SALE RIDGEFIELD FAIRFIELD | CT | 06877 |
| 6836 | 3725 MADI: BRIDGEPOR1 FAIRFIELD | CT | 06606 |
| 6837 | 210 DANBU WILTON FAIRFIELD | CT | 06897 |
| 6851 | 241 WHITE DANBURY FAIRFIELD | CT | 06810 |
| 6852 | 578 S MAIN MIDDLETOW MIDDLESEX | CT | 06457 |
| 6853 | 126 SOUTH ENFIELD HARTFORD | CT | 06082 |
| 6864 | 1022 BURN:ST HARTFOI HARTFORD | CT | 06108 |
| 6865 | 749 MAIN S VATERTOWI LITCHFIELD | CT | 06795 |
| 6870 | 1500 CORB NEW BRITAII HARTFORD | CT | 06053 |
| 6871 | 441 WEST A AVON HARTFORD | CT | 06001 |
| 6872 | 339 OLD H/ COLCHESTEF IEW LONDOI | CT | 06415 |
| 28027 | 515 LISBON LEWISTON JDROSCOGG | ME | 04240 |
| 28052 | MAIN AND BIDDEFORD YORK | ME | 04005 |
| 28206 | 211 LISBON LISBON JDROSCOGG | ME | 04250 |
| 28207 | LISBON & U. ISBON FALL JDROSCOGG | ME | 04252 |
| 28208 | 460-464 W/ PORTLAND :UMBERLAN | ME | 04103 |
| 28212 | US ROUTE 1 SACO KNOX | ME | 04072 |
| 28215 | 161 BRIDGT WESTBROO! UMBERLAN | ME | 04092 |
| 28222 | 207 BROAD JTH PORTLA UMBERLAN | ME | 04106 |
| 28223 | 510 SABATT LEWISTON JDROSCOGG | ME | 04240 |
| 28227 | 393 WESTEI AUGUSTA KENNEBEC | ME | 04330 |
| 30161 | 65 MAIN ST MILFORD WORCESTER | MA | 01757 |
| 30316 | 41 FRANKLI WESTFIELD HAMPDEN | MA | 01085 |
| 30317 | 1744 CENTF EST ROXBUI SUFFOLK | MA | 02132 |
| 30324 | 1 POWDER MAYNARD MIDDLESEX | MA | 01754 |
| 30326 | 221 MAIN S GARDNER WORCESTER | MA | 01440 |
| 30327 | 663 WASHII STOUGHTON NORFOLK | MA | 02072 |
| 30331 | 295 MASS. ARLINGTON MIDDLESEX | MA | 02174 |
| 30332 | 484 BROAD METHUEN ESSEX | MA | 01844 |
| 30339 | 350 PLEASA BELMONT MIDDLESEX | MA | 02178 |
| 30344 | 245 N. MAII RANDOLPH NORFOLK | MA | 02368 |
| 30351 | 258 UNION ROCKLAND PLYMOUTH | MA | 02370 |
| 30352 | 110 GALEN VATERTOWI MIDDLESEX | MA | 02172 |
| 30363 | 469 WASHII WEYMOUTF NORFOLK | MA | 02188 |
| 30374 | 22 BRIDGE : DEDHAM NORFOLK | MA | 02026 |
| 30375 | 4 WHITING HINGHAM PLYMOUTH | MA | 02043 |
| 30392 | 61 HOMER . ASHLAND MIDDLESEX | MA | 01721 |

| | | | | |
|---|---|---|---|---|
| 30393 | 325 WASHII WOBURN MIDDLESEX | MA | 01801 |
| 30404 | 563 TRAPEL BELMONT MIDDLESEX | MA | 02178 |
| 30409 | 792 TRUMA HYDE PARK SUFFOLK | MA | 02136 |
| 30411 | 2081 REVER EVERETT MIDDLESEX | MA | 02149 |
| 30429 | 63 S. WASHiTH ATTLEB( BRISTOL | MA | 02761 |
| 30436 | 527 GRAFT(WORCESTERWORCESTER | MA | 01604 |
| 30438 | 835 ROCKD.EW BEDFOR BRISTOL | MA | 02740 |
| 30445 | 150 PLYMO FALL RIVER BRISTOL | MA | 02721 |
| 30457 | 609 PARK AWORCESTERWORCESTER | MA | 01603 |
| 30458 | EAST MAIN WEBSTER WORCESTER | MA | 01570 |
| 30466 | 185 MECHA CLINTON WORCESTER | MA | 01510 |
| 30468 | 10 MAIN STOXBOROUG NORFOLK | MA | 02035 |
| 30472 | 564 MAIN S CLINTON WORCESTER | MA | 01510 |
| 30488 | 112 BARNS HYANNIS BARNSTABLE | MA | 02601 |
| 30515 | 331 BENNIN BOSTON SUFFOLK | MA | 02128 |
| 30521 | 964 BOYLST NEWTON MIDDLESEX | MA | 02461 |
| 30524 | 40 DAVIS ST FALMOUTH BARNSTABLE | MA | 02540 |
| 30545 | 30 LOWELL METHUEN ESSEX | MA | 01844 |
| 30546 | 399 WEBST ROCKLAND PLYMOUTH | MA | 02370 |
| 30551 | 371 HUTTLE FAIRHAVEN BRISTOL | MA | 02719 |
| 30552 | 1052 SOUTI BELLINGHAM NORFOLK | MA | 02019 |
| 30553 | 531 MOUN EW BEDFOR BRISTOL | MA | 02746 |
| 30558 | 421 TAUNT( SEEKONK BRISTOL | MA | 02771 |
| 30559 | 571 MAIN S WALPOLE NORFOLK | MA | 02081 |
| 30561 | 785 TURNPI RTH ANDOV ESSEX | MA | 01845 |
| 30562 | 1 OAK HILL WESTFORD MIDDLESEX | MA | 01886 |
| 30600 | 309 CHELM LOWELL MIDDLESEX | MA | 01852 |
| 30602 | 481 WASHII AUBURN WORCESTER | MA | 01501 |
| 30603 | 245 HAVERI METHUEN ESSEX | MA | 01844 |
| 30604 | 9 HAVERHIL AMESBURY ESSEX | MA | 01913 |
| 30605 | 71 EAST M/ EORGETOW ESSEX | MA | 01833 |
| 30609 | 491 CABOT BEVERLY ESSEX | MA | 01915 |
| 30610 | 581 BOSTOI BILLERICA MIDDLESEX | MA | 01821 |
| 30612 | 679 MAIN S CHATHAM BARNSTABLE | MA | 02633 |
| 30615 | 709 MAIN S HARWICH BARNSTABLE | MA | 02645 |
| 30617 | 528 N. MAI LEOMINSTER WORCESTER | MA | 01453 |
| 30618 | 801 LAKEVII LOWELL MIDDLESEX | MA | 01850 |
| 30619 | 163-164 PEI METHUEN ESSEX | MA | 01844 |
| 30623 | 96 CRANBEI ORLEANS BARNSTABLE | MA | 02653 |
| 30624 | 1-1/2 SYLV/ PEABODY ESSEX | MA | 01960 |
| 30625 | 60-70 FRAN QUINCY NORFOLK | MA | 02169 |
| 30627 | 94 JACKSON SALEM ESSEX | MA | 01970 |
| 30629 | 869 MAIN ST EWKSBURY MIDDLESEX | MA | 01876 |
| 30630 | 307 MAIN S MILL (WARE PLYMOUTH | MA | 02571 |
| 30631 | 714 W FALN FALMOUTH BARNSTABLE | MA | 02540 |
| 30633 | 262 GROTO WESTFORD MIDDLESEX | MA | 01886 |
| 30634 | 317 MONT\ WOBURN MIDDLESEX | MA | 01801 |
| 30635 | 476 MAIN S RMOUTHPC BARNSTABLE | MA | 02675 |
| 30636 | 724 BEDFOI RIDGEWATE PLYMOUTH | MA | 02324 |
| 30647 | 151 MAIN S MEDFORD MIDDLESEX | MA | 02155 |
| 30648 | 321 ADAMS DORCHESTEI SUFFOLK | MA | 02122 |
| 30652 | 860 SOUTH AUBURN WORCESTER | MA | 01501 |
| 30653 | 2 SUMMER BARRE WORCESTER | MA | 01005 |

| ID | Address | City | State | ZIP |
|---|---|---|---|---|
| 30654 | 390 BELMO WORCESTER | WORCESTER | MA | 01604 |
| 30657 | 1177 NORTH CLINTON | WORCESTER | MA | 01510 |
| 30658 | 974 SOUTH WORCESTER | WORCESTER | MA | 01610 |
| 30660 | 10 W MAIN DUDLEY | WORCESTER | MA | 01570 |
| 30661 | 880 WATER FITCHBURG | WORCESTER | MA | 01420 |
| 30662 | 71 EAST CEN FRANKLIN | FRANKLIN | MA | 02038 |
| 30663 | 77 HIGHLAN WORCESTER | WORCESTER | MA | 01605 |
| 30664 | 199 FALMO HYANNIS | BARNSTABLE | MA | 02601 |
| 30665 | 288 CENTRA LEOMINSTER | WORCESTER | MA | 01453 |
| 30666 | 248 LINCOL WORCESTER | WORCESTER | MA | 01605 |
| 30669 | 48 WEST M/ RTHBOROU | WORCESTER | MA | 01532 |
| 30672 | 21 WEST B(EST BOYLST( | WORCESTER | MA | 01583 |
| 30673 | 1429 GRAFT WORCESTER | WORCESTER | MA | 01604 |
| 30674 | 176 WORCE OUTHBRIDG | WORCESTER | MA | 01550 |
| 30675 | 959 SOUTH WORCESTER | WORCESTER | MA | 01610 |
| 30676 | 1308 ROUTI JTH YARMO | BARNSTABLE | MA | 02664 |
| 30677 | 205 WORCE STERLING | WORCESTER | MA | 01564 |
| 30678 | 318 BOSTO! SUTTON | WORCESTER | MA | 01590 |
| 30679 | 1107 PLEAS WORCESTER | WORCESTER | MA | 01602 |
| 30680 | 516 UNION RAMINGHAI | MIDDLESEX | MA | 01701 |
| 30681 | RT.140,MAI UPTON | WORCESTER | MA | 01568 |
| 30683 | 11 MILK ST ESTBOROU( | WORCESTER | MA | 01581 |
| 30684 | 570 MAIN SARWICHPOF | BARNSTABLE | MA | 02646 |
| 30685 | 30 CHANDL WORCESTER | WORCESTER | MA | 01609 |
| 30686 | 193 SOUTH' WORCESTER | WORCESTER | MA | 01604 |
| 30687 | 942 SOUTH FITCHBURG | WORCESTER | MA | 01420 |
| 30688 | 702 WEST B WORCESTER | WORCESTER | MA | 01606 |
| 30689 | 200 MAIN S LEICESTER | WORCESTER | MA | 01611 |
| 30691 | 90 WORCES RTH GRAFT | WORCESTER | MA | 01536 |
| 30692 | 333 EAST M OUTHBRIDG | WORCESTER | MA | 01550 |
| 30693 | 109 SOUTH OXFORD | WORCESTER | MA | 01540 |
| 30694 | 54 STAFFOR WORCESTER | WORCESTER | MA | 01603 |
| 30695 | 223 MAIN S ATHOL | WORCESTER | MA | 01331 |
| 30696 | 267 MECHA FITCHBURG | WORCESTER | MA | 01420 |
| 30697 | 1264 GRAFT WORCESTER | WORCESTER | MA | 01604 |
| 30700 | 1660 WORC RAMINGHAI | MIDDLESEX | MA | 01702 |
| 30702 | CAPE ROAD MILFORD | WORCESTER | MA | 01757 |
| 30704 | 2 HARTFOR UXBRIDGE | WORCESTER | MA | 01538 |
| 30710 | 350 GREEN\ WORCESTER | WORCESTER | MA | 01607 |
| 30711 | 321 SOUTH AUBURN | ASSACHUSET | MA | 01501 |
| 30712 | 156 CRESCE WALTHAM | ASSACHUSET | MA | 02154 |
| 30713 | 274 HIGH S LOWELL | ASSACHUSET | MA | 01852 |
| 30716 | 308 THACHI ATTLEBORO | ASSACHUSET | MA | 02703 |
| 55211 | DANFORTH DERRY | DERRY | NH | 03038 |
| 55234 | 70 PLAISTO' PLAISTOW | PLAISTOW | NH | 03865 |
| 55236 | 18 HIGH ST )MERSWOR' | W HAMPSH | NH | 03878 |
| 55237 | 164 MAIN S SALEM | SALEM | NH | 03079 |
| 55238 | 2 MOHAWK )NDONDERF | )NDONDERF | NH | 03053 |
| 55239 | 129 SOUTH ROCHESTER | ROCHESTER | NH | 03867 |
| 55244 | 605 DANIEL MERRIMACK | MERRIMACK | NH | 03054 |
| 55245 | 485 AMHER NASHUA | NASHUA | NH | 03063 |
| 55246 | 135 BRIDGE PELHAM | PELHAM | NH | 03076 |
| 55247 | 219 PEMBR PEMBROKE | PEMBROKE | NH | 03275 |

| ID | Address | City | City2 | State | ZIP |
|---|---|---|---|---|---|
| 55249 | ROUTE 11 8 | ROCHESTER | ROCHESTER | NH | 03867 |
| 55250 | 74 HANCOC | ROCHESTER | ROCHESTER | NH | 03867 |
| 55253 | 463 HIGH S | )MERSWOR | )MERSWOR | NH | 03878 |
| 55254 | 108 PORTSN | EXETER | EXETER | NH | 03833 |
| 55256 | RT 101 | CANDIA | CANDIA | NH | 03034 |
| 55257 | RT 125 | EPPING | EPPING | NH | 03042 |
| 55258 | 1890 DOVEI | EPSOM | EPSOM | NH | 03234 |
| 55261 | 4 AMHERST | MILFORD | MILFORD | NH | 03055 |
| 55265 | 1815 WOOI | ORTSMOUT | ORTSMOUT | NH | 03801 |
| 55267 | 233 S. BRO/ | SALEM | SALEM | NH | 03079 |
| 55268 | 587 LAFAYE | SEABROOK | SEABROOK | NH | 03874 |
| 55269 | 9 VILLAGE S | PENACOOK | MERRIMACK | NH | 03303 |
| 55274 | 32 BRIDGE ! | PELHAM | W HAMPSH | NH | 03076 |
| 68001 | 7780 POST | ITH KINGSTC | VASHINGTO | RI | 02852 |
| 68003 | 1015 SAND' | WARWICK | KENT | RI | 02886 |
| 68005 | 1188 CUMB | /OONSOCKE | ROVIDENCI | RI | 02895 |
| 68007 | 1271 BROA | PROVIDENCI | PROVIDENCI | RI | 02905 |
| 68607 | MASSASOIT | ;T PROVIDEI | PROVIDENCI | RI | 02914 |
| 68611 | 577 SMITH | FPAWTUCKE | PROVIDENCI | RI | 02860 |
| 68614 | 33 JEFFERS( | WARWICK | KENT | RI | 02888 |
| 68619 | 899 PONTI/ | CRANSTON | PROVIDENCI | RI | 02910 |
| 68622 | 1197 NEWP | PAWTUCKE | PROVIDENCI | RI | 02861 |
| 68623 | 227 COUNT | 3ARRINGTOI | BRISTOL | RI | 02806 |
| 68629 | 1307 POST | WARWICK | KENT | RI | 02888 |
| 68642 | 3381 E. MA | ORTSMOUT | NEWPORT | RI | 02871 |
| 68643 | 1879 MINEI | . PROVIDEN | PROVIDENCI | RI | 02904 |
| 68645 | 732 WILLET | ;T PROVIDEI | PROVIDENCI | RI | 02915 |
| 68646 | RR 11 4087 | WAKEFIELD | VASHINGTO | RI | 02879 |