# EXHIBIT D



*536 Main Street, New Paltz, NY 12561 • Tel: (845) 256-0162 • Fax: (845) 255-2305*

10/19/12

ASTAHN, LLC
850 Hopmeadow Street
Simsbury, CT 6070

Dear Sir or Madam:

Please be advised that, pursuant to a Stipulation and Order of the United States District Court for the District of Connecticut, Tuxis-Ohr will stop supplying motor fuel to this location as of 11:59 p.m. on Sunday, October 21, 2012.

As of that date, provided that all conditions stated below have been met and this agreement has been countersigned and returned by you, NECG Holdings offers to supply motor fuel, on a temporary basis, to this location on the following terms:

1. Deliveries will be made on a delivered tank wagon basis.

2. Product shall be priced at NECG's applicable posted or listed price available to comparable operators supplied by NECG in Connecticut.

3. Product shall be either unbranded or Getty branded, at your option.

4. If you choose to sell under the Getty brand, we will need to discuss any necessary rebranding of the station you currently occupy.

5. NECG will sell the gasoline to this location using two payment methods, at your choice: (i) on a pre-paid basis upon receipt of the estimated charge for a delivery by wire transfer into NECG's account (NECG will provide wiring instructions for its bank account upon receipt of your countersignature on this agreement); or (ii) following your deposit of $40,000 in a bank account controlled by NECG, NECG will draft the amount owed for a delivery via Electronic Fund Transfer from an account you designate, the term of the draft shall be following day and must clear before NECG will make another delivery.

6. NECG will sell the gasoline to this location on the following three additional conditions:

    a) In order to confirm that all underground storage tanks ("USTs") are in good working order and are in compliance with applicable law, you will provide all gasoline inventory reconciliation records from May 1, 2012 through the present, as required by RCSA Section 22a-449(d)-104(e)(1) and compliance with requirements for release detection, specifically RCSA Section 22a-449(d)-104. If you do not have gasoline inventory records from this time period or if these records show any issues or concerns regarding the condition of the USTs, NECG will arrange for hydrostatic (and other, if necessary) testing of the tanks and lines on a first-come, first-served basis prior to making any deliveries.

b) In order to confirm compliance with state regulations, you will provide proof of UST operator training as required by the Federal Energy Policy Act of 2005 and the Amendments to Regulations of Connecticut State Agencies Regarding Underground Storage Tanks, Sections 22a-449(d)-1, 22a-449(d)-101, 22a-449(d)-102, and 22a-449(d)-108. At a minimum, you must provide a copy of at least one Class B certificate and Class C certificates and Training Logs for all employees. Enclosed find a memo summarizing operator training requirements, including contact information for our Environmental Compliance department in the event you require additional information or clarification. If you do not have the required certification, NECG will agree to deliver (assuming all other conditions of this offer have been met) so long as you agree to undergo the required training and obtain the necessary licenses within five (5) days of the execution of this agreement.

c) You represent and warrant that there are no outstanding violations at the location. In addition, you agree to indemnify NECG and Getty Properties for any fines, damages, or other costs and expenses, arising from non-compliance by you with applicable law.

This arrangement is temporary and shall be in effect during the pendency of the legal proceedings relating to this location, subject to any earlier termination based on the terms of the agreements between NECG and you.

**Under no circumstances does this offer or your acceptance of it create a franchise under federal or state laws.**

Please contact Mr. Rick Theilig of NECG at 845-750-4585 or email him at rtheilig@cpdenergy.com to arrange for delivery or to discuss this letter.

**Please be further advised that NECG Holdings is the only authorized source of supply for this location. The use, storage or sale of petroleum products from any other source of supply is not authorized and is prohibited by NECG Holdings and Getty Properties and any such use, storage or sale of petroleum products will be prosecuted to the fullest extent of the law.**

Very truly yours,

_____
Rick Theilig
General Manager

cc: Charles T. Lee, Esq.
John J. Morgan, Esq.

Countersigned by: _____

Operator at _____

Witnessed by _____

 **Chestnut Petroleum Distributor, Inc.**

*536 Main Street, New Paltz, NY 12561 Tel: (845) 256-0162 Fax: (845) 255-2305*

## EPA Mandated Operator Training

To All Operators:

The United States Environmental Protection Agency requires that all federally-regulated Underground Storage Tanks (UST) facilities have the following three distinct classes of operators certified according to federal and state guidelines by August 8, 2012:

- **Class A** operators are individuals who have primary statutory and regulatory responsibility for their facility. They maintain the proper records, ensure registration fees are paid, and ensure proper operation /maintenance of the UST system.

- **Class B** operators are responsible for the daily on-site operation and maintenance of a facility. They have a practical understanding of UST components, understand best management practices for UST facilities, and are trained in emergency response.

- **Class C** operators must be present at the facility during operating hours and must be trained by the Class A and/or B operator to be the first line of response in emergency situations.

### Class A and B Operators:
All Class A and Class B operators must pass an open-book exam designated by its respective state agency. Currently:

- *Rhode Island* and *Connecticut* recognize passing grades on their respective *International Code Council (ICC) exams* to be considered a certified Class A or B UST facility operator in their respective states;

- *Massachusetts* requires a passing grade on their *state specific* Operator A, B or A/B exam; and,

- *New York* and *New Jersey* do not currently have approved testing, training or certification programs at this time. As such, employees of CPD (and its affiliates) **will not** be required at this time to obtain an A, B or C operator certification in New York and New Jersey.

### Class C Operators:
Class C Operators must be trained by the Class A or B Operator for their site. Training must include, among other things, site specific aspects of emergency response.

### CPD Mandate
Based on several provisions outlined in each of your contracts and/or leases, you are required to comply with the Operator Training requirements promulgated and/or required by the EPA and/or your respective state regulating agency. As such, UST operators in Connecticut, Massachusetts and Rhode Island are required by law and/or contract to pursue the necessary Class A/B/C training and certification as soon as possible, but no later than August 8, 2012. Failure to comply with this mandate could result in violations and/or fines from regulatory agencies for which you would be responsible and/or interruption in petroleum product supply.

Please contact me via email at compliance@cpdenergy.com with any questions, comments or concerns. CPD personnel are available to provide direction and assist / support your efforts with this necessary training and certification process.

Joe McCormick
Environmental Compliance Manager