UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GETTY PROPERTIES CORP, ET AL.,

PLAINTIFFS

V.

TUNIXS-OHR, INC., ET AL

DEFENDANTS

CIVIL ACTION NO.

3:12-CV-00865-AWT

DECEMBER 20, 2012

### DEFENDANT HSTN, LLC AND RENALDI'S GETTY, LLC'S MOTION FOR EXTENSION OF TIME

The defendants hereby move for an extension of time to and including December 21, 2012 to respond to the plaintiff's motion for temporary restraining order also dated November 28, 2012. The defense has no objection to the motion to join additional defendants. Once that motion is granted, we expect to be filing appearances for at least some of the proposed defendants however not all. Once the joinder order is issued, there will be delay for service. Obviously, the new parties may seek to object to

1

being joined for to the request for TRO. Accordingly, until all parties are in the case, there seems little benefit to proceeding with the TRO, however the existing parties do intend to file opposition.

This is effectively an extension of 48 hours because it appears the clerk issued multiple deadlines the earliest of which was December 19, 2012. It is the first extension sought of these deadlines. Earlier today, the undersigned emailed Atty. Charles Lee who indicated that he will object to the extension of time.

The defense notes that no party will be prejudiced by this extremely brief extension especially in light of the upcoming holiday weekend. Further, it appears that there were multiple deadlines set by the clerk. And while the undersigned cannot definitively state what occurred, it appears that the December 20 date was picked up rather than the corrected December 19 date.

In either event, the very brief extension is wholly reasonable and will not act to prejudice any person or entity especially in light of the need to properly join the proposed defendants.

Wherefore, the undersigned respectfully submits this motion to extend time should be granted.

          THE DEFENDANTS, HSTN, LLC and
          RENALDI'S GETTY, LLC

By_____
    John J. Morgan
    BARR & MORGAN
    22 Fifth Street
    Stamford, CT 06905
    (203) 356-1595
    Juris No. CT13312

3

CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2012 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to any one unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

By: _____
John J. Morgan (ct13312)
Barr & Morgan
22 Fifth Street
Stamford, CT 06905
Ph. (203) 356-1595
Fx: (203) 357-8397
Jmorgan@pmpalawyer.com