UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GETTY PROPERTIES CORP, ET AL. | CIVIL ACTION |
| Plaintiffs | NO. 3:12-CV-00865 (AWT) |
| vs. | |
| TUXIS-OHR'S FUEL, INC., ET AL. | |
| Defendants. | March 19, 2013 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to D. Conn. L. Civ. Rule 7(e), Rachel L. Ginsburg moves the Court for permission to withdraw her appearance filed on behalf of the Plaintiffs, Getty Properties Corp. and NECG Holdings Corp. in the above-captioned matter. The undersigned is no longer employed by Anderson, Kill & Olick, P.C.

The PLAINTIFFS
GETTY PROPERTIES CORP.
AND NECG HOLDINGS CORP.

By: /s/ Rachel L. Ginsburg
Rachel L. Ginsburg (ct28563)
Pullman & Comley, LLC
850 Main Street, P.O. Box 7006
Bridgeport, CT 06601-7006
Telephone 203 330 2000
Facsimile 203 576 8888
Its Attorney

## **CERTIFICATION**

I, Rachel L. Ginsburg, hereby certify that on March 19, 2013, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF System, which will automatically send e-mail notification of such filing to the following attorneys of record:

John J. Morgan, Esq.
Barr and Morgan
22 Fifth Street
Stamford, CT  06905
jmorgan@pmpalawyer.com

Vincent T. McManus, Jr., Esq.
116 South Main Street
Wallingford, CT  06492
debbihicks@snet.net

Cort T. Malone, Esq.
Anderson Kill & Olick, P.C.
1055 Washington Boulevard
Stamford, CT  06901
cmalone@andersonkill.com

/s/ Rachel L. Ginsburg
Rachel L. Ginsburg