# UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**GETTY PROPERTIES CORP, ET AL.,**

            V.                          **SUMMONS IN A CIVIL CASE**

**RENALDI'S GETTY, LLC, ET AL.,**

                                        CASE NUMBER: **3:12–CV–00865–AWT**

TO: **331 West Avenue Gas Station, LLC, ALP Convenience, LLC, ATKR, LLC, Saud Alkulaib, Astanh, LLC, Bodaeve, Inc., Expert Automotive Repairs, LLC, H & A Convenience, LLC, Hawars Park Ave. LLC, Indtur, LLC, JZ Mart, LLC, Mujtaba Khalied, Madison Ave. Mart, LLC, Mica Enterprises, Inc., Navjot Enterprises, Inc., Pamby Motors Inc, RHS, LLC, Adnan Rahim, Saleh Rana, SSAW LLC, State Line Getty, Inc., Tolland Getty, Inc., UNHK, LLC, West Broad Service Center, LLC, Wilton Service Center, Inc., ZS Enterprises, LLC**

Defendant's Address:

A lawsuit has been filed against you.

Within **21** days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Cort T. Malone**
**Anderson Kill & Olick, P.C. – NY**
**1055 Washington Boulevard**
**Stamford, CT 06901**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

**/s/ – L. S. Ferguson**
_____
*Signature of Clerk or Deputy Clerk*



**ISSUED ON 2013–03–22 15:22:46.0**, Clerk
USDC CTD

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*_____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____
_____ ; or

☐ Other *(specify)* _____
_____
_____

My fees are $_____ for travel and $ _____for services, for a total of $_____0.00

I declare under penalty of perjury that this information is true.

Date: _____

_____
Servers signature

_____
Printed name and title

_____
Servers address

Additional information regarding attempted service, etc: