# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

GETTY PROPERTIES CORP, ET AL.,

V.                                        **SUMMONS IN A CIVIL CASE**

RENALDI'S GETTY, LLC, ET AL.,

CASE NUMBER: **3:12−CV−00865−AWT**

TO: **331 West Avenue Gas Station, LLC, ALP Convenience, LLC, ATKR, LLC, Saud Alkulaib, Astanh, LLC, Bodaeve, Inc., Expert Automotive Repairs, LLC, H & A Convenience, LLC, Hawars Park Ave. LLC, Indtur, LLC, JZ Mart, LLC, Mujtaba Khalied, Madison Ave. Mart, LLC, Mica Enterprises, Inc., Navjot Enterprises, Inc., Pamby Motors Inc, RHS, LLC, Adnan Rahim, Saleh Rana, SSAW LLC, State Line Getty, Inc., Tolland Getty, Inc., UNHK, LLC, West Broad Service Center, LLC, Wilton Service Center, Inc., ZS Enterprises, LLC**

Defendant's Address:

See Rider A, attached hereto.

A lawsuit has been filed against you.

Within **21** days after service of this summons on you (not counting the day you received it) − or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) − you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Cort T. Malone**
**Anderson Kill & Olick, P.C. − NY**
**1055 Washington Boulevard**
**Stamford, CT 06901**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

/s/ − **L. S. Ferguson**

_____

*Signature of Clerk or Deputy Clerk*



**ISSUED ON 2013−03−22 15:22:46.0**, Clerk
USDC CTD

RIDER A

| | |
|---|---|
| SSAW LLC<br>886 Hartford Road<br>Manchester, Connecticut | INDTUR, LLC<br>531 North Main Street<br>Naugatuck, Connecticut |
| NAVJOT ENTERPRISES, INC.<br>241 Kimberly Avenue<br>New Haven, Connecticut | EXPERT AUTOMOTIVE REPAIRS, LLC<br>206 Main Street<br>Norwalk, Connecticut |
| 331 WEST AVENUE GAS STATION, LLC<br>331 West Avenue<br>Norwalk, Connecticut | ALP CONVENIENCE, LLC<br>301 East Main Street<br>Plainville, Connecticut |
| PAMBY MOTORS, INC.<br>665 Danbury Road<br>Ridgefield, Connecticut | STATE LINE GETTY, INC.<br>242 S. Salem Road<br>Ridgefield, Connecticut |
| ASTAHN, LLC<br>850 Hopmeadow Street<br>Simsbury, Connecticut | ZS ENTERPRISES, LLC<br>3 West Stafford Road<br>Stafford Springs, Connecticut |
| BODAEVE, INC.<br>16 Long Ridge Road<br>Stamford, Connecticut | WEST BROAD SERVICE CENTER, LLC<br>59 W. Broad Street<br>Stamford, Connecticut |
| MICA ENTERPRISES, INC.<br>224 Magee Avenue<br>Stamford, Connecticut | TOLLAND GETTY, INC.<br>216 Merrow Road<br>Tolland, Connecticut |
| WILTON SERVICE CENTER, INC.<br>210 Danbury Road<br>Wilton, Connecticut | ATKR, LLC<br>561 Sullivan Avenue<br>South Windsor, Connecticut |
| JZ MART, LLC<br>300 Bridgeport Avenue<br>Milford, Connecticut | MUJTABA KHALIED<br>176 Tolland Turnpike<br>Manchester, Connecticut |
| UNHK, LLC<br>208 Foxon Road<br>North Branford, Connecticut | SAUD ALKULAIB<br>47 Wolcott Road<br>Wolcott, Connecticut |
| HAWARS PARK AVE. LLC<br>1235 Park Avenue<br>Bridgeport, Connecticut | RHS, LLC<br>1267 Fairfield Avenue<br>Bridgeport, Connecticut |
| ADNAN RAHIM<br>1789 Barnum Avenue<br>Bridgeport, Connecticut | SALEH RANA<br>1789 Barnum Avenue<br>Bridgeport, Connecticut |
| H & A CONVENIENCE<br>2098 Fairfield Avenue<br>Bridgeport, Connecticut | Madison Ave. Mart<br>3725 Madison Avenue<br>Bridgeport, Connecticut |

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ALP CONVENIENCE, LLC
was received by me on *(date)* 3 | 26 | 13 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____
_____ ; or

☒ Other *(specify)* IN THE HANDS OF MR. ADAN, MANAGER OF
AND DULY AUTHORIZED TO ACCEPT SERVICE FOR
ALP CONVENIENCE, LLC, 301 EAST MAIN ST, PLAINVILLE, CONN

My fees are $ 16.95 for travel and $ 92.20 for services, for a total of $ 109.15 0.00

I declare under penalty of perjury that this information is true.

Date: 3 | 26 | 13 _____

Kevin Sullivan
Server's signature

KEVIN SULLIVAN
State Marshal
Printed name and title

HARTFORD, CONN
Server's address

Additional information regarding attempted service, etc: