UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GETTY PROPERTIES CORP. and NECG HOLDINGS CORP, | Civil Action No. 3:12-CV-00865-AWT |
| Plaintiffs, | **AFFIRMATION OF SERVICE** |
| vs. | |
| RENALDI'S GETTY, LLC, HSTN LLC, et al. | April 2, 2013 |
| Defendants. | |

CORT T. MALONE, an attorney duly admitted to practice before this Court, affirms the following to be true under penalties of perjury: On March 25, 2013, I served the summonses and amended complaints in this action on counsel for defendants, John Morgan, Esq., at his business address: Barr & Morgan, 22 Fifth Street, Stamford, CT 06901. Attorney Morgan agreed to accept service on behalf of the following defendants, each of whom is his client: SSAW LLC; INDTUR, LLC; NAVJOT ENTERPRISES, INC.; EXPERT AUTOMOTIVE REPAIRS, LLC; 331 WEST AVENUE GAS STATION, LLC; PAMBY MOTORS, INC.; STATE LINE GETTY, INC.; BODAEVE, INC.; WEST BROAD SERVICE CENTER, LLC; MICA ENTERPRISES, INC.; TOLLAND GETTY, INC.; WILTON SERVICE CENTER, INC.; ATKR, LLC; JZ MART, LLC; MUJTABA KHALIED; UNHK, LLC; SAUD ALKULAIB; HAWARS PARK AVE. LLC; RHS, LLC; ADNAN RAHIM; H & A CONVENIENCE, LLC; and MADISON AVE. MART, LLC.

By: /s/ Cort T. Malone
Cort T. Malone (CT29018)
ANDERSON KILL & OLICK, P.C.
1055 Washington Boulevard, Suite 510
Stamford, CT 06901
Telephone: 203-388-7950
Facsimile: 203-388-0750
*Attorneys for Plaintiffs*

1007379.1

## CERTIFICATION

I, Cort T. Malone, Esq., hereby certify that on April 2, 2013, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF System, which will automatically send email notification of such filing to the following attorneys of record:

John J. Morgan, Esq.
Barr & Morgan
22 Fifth Street
Stamford, CT  06905

/s/ Cort T. Malone
Cort T. Malone