# UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GETTY PROPERTIES CORP, ET AL.,

V.   **SUMMONS IN A CIVIL CASE**

RENALDI'S GETTY, LLC, ET AL.,

CASE NUMBER: 3:12-CV-00865-AWT

TO: **331 West Avenue Gas Station, LLC, ALP Convenience, LLC, ATKR, LLC, Saud Alkulaib, Astanh, LLC, Bodaeve, Inc., Expert Automotive Repairs, LLC, H & A Convenience, LLC, Hawars Park Ave. LLC, Indtur, LLC, JZ Mart, LLC, Mujtaba Khalied, Madison Ave. Mart, LLC, Mica Enterprises, Inc., Navjot Enterprises, Inc., Pamby Motors Inc, RHS, LLC, Adnan Rahim, Saleh Rana, SSAW LLC, State Line Getty, Inc., Tolland Getty, Inc., UNHK, LLC, West Broad Service Center, LLC, Wilton Service Center, Inc., ZS Enterprises, LLC**

Defendant's Address:

See Rider A, attached hereto.

A lawsuit has been filed against you.

Within **21** days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Cort T. Malone
Anderson Kill & Olick, P.C. – NY
1055 Washington Boulevard
Stamford, CT 06901

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

/s/ – L. S. Ferguson

*Signature of Clerk or Deputy Clerk*



ISSUED ON 2013-03-22 15:22:46.0, Clerk
USDC CTD

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Atty. Naveed Quaraishi , who is
designated by law to accept service of process on behalf of *(name of organization)* ZS
Enterprises, LLC (Agent for Service) on *(date)* 4-11-13 ; or

☐ I returned the summons unexecuted because _____
_____ ; or

☐ Other *(specify)* _____
_____
_____

My fees are $ 20.W for travel and $ 45.W for services, for a total of $ 65 0.00

I declare under penalty of perjury that this information is true.

Date: 4-11-13

Server's signature
Sharon Uhlman
State Marshal
Tolland County
Printed name and title

23 Hillcrest Drive
Stafford Springs, CT
Server's address
06076

Additional information regarding attempted service, etc:

RIDER A

SSAW LLC
886 Hartford Road
Manchester, Connecticut

INDTUR, LLC
531 North Main Street
Naugatuck, Connecticut

NAVJOT ENTERPRISES, INC.
241 Kimberly Avenue
New Haven, Connecticut

EXPERT AUTOMOTIVE REPAIRS, LLC
206 Main Street
Norwalk, Connecticut

331 WEST AVENUE GAS STATION, LLC
331 West Avenue
Norwalk, Connecticut

ALP CONVENIENCE, LLC
301 East Main Street
Plainville, Connecticut

PAMBY MOTORS, INC.
665 Danbury Road
Ridgefield, Connecticut

STATE LINE GETTY, INC.
242 S. Salem Road
Ridgefield, Connecticut

ASTAHN, LLC
850 Hopmeadow Street
Simsbury, Connecticut

ZS ENTERPRISES, LLC
3 West Stafford Road
Stafford Springs, Connecticut

BODAEVE, INC.
16 Long Ridge Road
Stamford, Connecticut

WEST BROAD SERVICE CENTER, LLC
59 W. Broad Street
Stamford, Connecticut

MICA ENTERPRISES, INC.
224 Magee Avenue
Stamford, Connecticut

TOLLAND GETTY, INC.
216 Merrow Road
Tolland, Connecticut

WILTON SERVICE CENTER, INC.
210 Danbury Road
Wilton, Connecticut

ATKR, LLC
561 Sullivan Avenue
South Windsor, Connecticut

JZ MART, LLC
300 Bridgeport Avenue
Milford, Connecticut

MUJTABA KHALIED
176 Tolland Turnpike
Manchester, Connecticut

UNHK, LLC
208 Foxon Road
North Branford, Connecticut

SAUD ALKULAIB
47 Wolcott Road
Wolcott, Connecticut

HAWARS PARK AVE. LLC
1235 Park Avenue
Bridgeport, Connecticut

RHS, LLC
1267 Fairfield Avenue
Bridgeport, Connecticut

ADNAN RAHIM
1789 Barnum Avenue
Bridgeport, Connecticut

SALEH RANA
1789 Barnum Avenue
Bridgeport, Connecticut

H & A CONVENIENCE
2098 Fairfield Avenue
Bridgeport, Connecticut

Madison Ave. Mart
3725 Madison Avenue
Bridgeport, Connecticut

1006846.1