UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GETTY PROPERTIES CORP., and NECG HOLDINGS CORP., | Civil Action No.: 3:12-CV-00865-AWT |
| Plaintiffs, | |
| vs. | |
| TUXIS-OHR FUEL, INC., RENALDI'S GETTY, LLC, and HSTN LLC, | April 15, 2013 |
| Defendants. | |

## APPEARANCE

Please Enter the appearance of the following counsel for the below named defendants:

>John J. Morgan (ct13312)
>Barr & Morgan
>22 Fifth Street
>Stamford, CT 06905
>(203) 356-1595
>Jmorgan@pmpalawyer.com

331 West Avenue Gas Station, LLC,
ATKR, LLC,
Saud Alkulaib,
Bodaeve, Inc.,
Expert Automotive Repairs, LLC,
H & A Convenience, LLC,
Hawars Park Ave. LLC,
Indtur, LLC,
JZ Mart, LLC,
Madison Ave. Mart, LLC,
Mica Enterprises, Inc.,
Navjot Enterprises, Inc.,
Pamby Motors Inc,
Adnan Rahim,

SSAW LLC,
State Line Getty, Inc.,
West Broad Service Center, LLC,
Wilton Service Center, Inc.,

DATED at Stamford, Connecticut, this 15th day of April, 2013.

THE DEFENDANTS,

By: _____
John J. Morgan (ct13312)
BARR & MORGAN
22 Fifth Street
Stamford, CT 06905
Tel. No. (203) 356-1595
Fax No. (203) 357-8397
jmorgan@pmpalawyer.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2013 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to any one unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

By:_____

John J. Morgan (ct13312)
Barr & Morgan
22 Fifth Street
Stamford, CT 06905
Ph. (203) 356-1595
Fx: (203) 357-8397
Jmorgan@pmpalawyer.com