UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GETTY PROPERTIES CORP.,           Civil Action No.: 3:12-CV-00865-AWT
and
NECG HOLDINGS CORP.,

               Plaintiffs,

vs.

TUXIS-OHR FUEL, INC.,           April 15, 2013
RENALDI'S GETTY, LLC, and
HSTN LLC,

              Defendants.

## CORPORATE DISCLOSURE STATEMENT

       The Defendants,

331 West Avenue Gas Station, LLC,
ATKR, LLC,
Saud Alkulaib,
Bodaeve, Inc.,
Expert Automotive Repairs, LLC,
H & A Convenience, LLC,
Hawars Park Ave. LLC,
Indtur, LLC,
JZ Mart, LLC,
Madison Ave. Mart, LLC,
Mica Enterprises, Inc.,
Navjot Enterprises, Inc.,
Pamby Motors Inc,
Adnan Rahim,
SSAW LLC,
State Line Getty, Inc.,
West Broad Service Center, LLC,
Wilton Service Center, Inc.,

in the above entitled action hereby disclose that they are not publicly traded and no parent or subsidiary of the Defendants are publicly traded.

DATED at Stamford, Connecticut, this 15th day of April, 2013.

THE DEFENDANTS,

By: _____
John J. Morgan (ct13312)
BARR & MORGAN
22 Fifth Street
Stamford, CT 06905
Tel. No. (203) 356-1595
Fax No. (203) 357-8397
jmorgan@pmpalawyer.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2013 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to any one unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

By: _____

John J. Morgan (ct13312)
Barr & Morgan
22 Fifth Street
Stamford, CT 06905
Ph. (203) 356-1595
Fx: (203) 357-8397
Jmorgan@pmpalawyer.com