UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GETTY PROPERTIES CORP.,           Civil Action No.: 3:12-CV-00865-AWT
and
NECG HOLDINGS CORP.,

                     Plaintiffs,

vs.

TUXIS-OHR FUEL, INC.,              April 15, 2013
RENALDI'S GETTY, LLC, and
HSTN LLC,

                     Defendants.

## MOTION FOR EXTENSION OF TIME

The defendants:

331 West Avenue Gas Station, LLC,
Saud Alkulaib,
Bodaeve, Inc.,
Expert Automotive Repairs, LLC,
H & A Convenience, LLC,
Hawars Park Ave. LLC,
Indtur, LLC,
JZ Mart, LLC,

1

ATKR, LLC,
Madison Ave. Mart, LLC,
Mica Enterprises, Inc.,
Navjot Enterprises, Inc.,
Pamby Motors Inc,
Adnan Rahim,
SSAW LLC,
State Line Getty, Inc.,
West Broad Service Center, LLC,
Wilton Service Center, Inc.,

hereby move for an extension of time to and including May 15, 2013 plead to the Amended Complaint in this action.

In addition, the undersigned moves for an extension of time to and including May 15, 2013, for the following persons or entities to file an appearance:

Mujtaba Khalied,
RHS, LLC,
Tolland Getty, Inc.,
UNHK, LLC,

The undersigned states that he represents or has represented the stated 4 persons or entities in other related legal actions, including actions before this Court, but has not yet been given authority to appear for them in the present case. The undersigned unsuccessfully attempted to reach Plaintiffs' counsel to ascertain a position on the motion.

2

The extension is required to clarify the universe of defendants expected to be represented and to properly respond to the amended complaint. It is the first extension sought with respect to the Amended Complaint.

                                                THE DEFENDANTS,

                                                By_____
                                                    John J. Morgan
                                                    BARR & MORGAN
                                                    22 Fifth Street
                                                    Stamford, CT  06905
                                                    (203)  356-1595
                                                    Juris No. CT13312

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2013 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to any one unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

By:_____
John J. Morgan (ct13312)
Barr & Morgan
22 Fifth Street
Stamford, CT 06905
Ph. (203) 356-1595
Fx: (203) 357-8397
Jmorgan@pmpalawyer.com