UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GETTY PROPERTIES CORP. and NECG HOLDINGS CORP, <br><br> Plaintiffs, <br><br> vs. <br><br> RENALDI'S GETTY, LLC; HSTN LLC; MEHAR PETRO, INC.; NOROTON SERVICE STATION, INC.; SSAW LLC; ONE STOP MART, LLC; INDTUR, LLC; NAVJOT ENTERPRISES, INC.; EXPERT AUTOMOTIVE REPAIRS, LLC; 331 WEST AVENUE GAS STATION, LLC; ALP CONVENIENCE, LLC; PAMBY MOTORS, INC.; STATE LINE GETTY, INC.; ASTANH, LLC; ZS ENTERPRISES, LLC; BODAEVE, INC.; WEST BROAD SERVICE CENTER, LLC; MICA ENTERPRISES, INC.; TOLLAND GETTY, INC.; J&J CAR CARE CENTER, INC.; WILTON SERVICE CENTER, INC.; ATKR, LLC; JZ MART, LLC; MUJTABA KHALIED; JANRISK CAPITAL LLC; UNHK, LLC; SAUD ALKULAIB; HAWARS PARK AVE. LLC; RHS, LLC; ADNAN RAHIM and SALEH RANA;  H & A CONVENIENCE, LLC; MADISON AVE. MART, LLC; and SUPERIOR SERVICE, INC. <br><br> Defendants. | Civil Action No. 3:12-CV-00865-AWT |

**NOTICE OF VOLUNTARY DISMISSAL OF ACTION
AS TO SETTLED DEFENDANTS PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs, Getty Properties Corp. ("Getty") and NECG Holdings Corp. ("NECG"), through their counsel, hereby give notice that the above-captioned action has been settled and is voluntarily dismissed with prejudice with respect to all claims asserted against Defendants NOROTON SERVICE STATION, INC.; ONE STOP MART, LLC; J&J CAR CARE CENTER, INC.; JANRISK CAPITAL LLC; and SUPERIOR SERVICE, INC. in the amended complaint in this

1010045.1

action.  The dismissal of these five defendants shall have no effect on Plaintiffs' claims against any other defendants in this action.

          PLAINTIFFS, GETTY PROPERTIES
          CORP. and NECG HOLDINGS CORP.

By:     */s/ Cort T. Malone*
      Cort T. Malone (CT29018)
      ANDERSON KILL & OLICK, P.C.
      1055 Washington Boulevard, Suite 510
      Stamford, CT  06901
      Telephone:  203-388-7950
      Facsimile:  203-388-0750

      *Attorneys for:* Getty Properties Corp.
                NECG Holdings Corp

## CERTIFICATION

I, Cort T. Malone, Esq., hereby certify that on May 15, 2013, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF System, which will automatically send email notification of such filing to the following attorneys of record:

John J. Morgan, Esq.
Barr & Morgan
22 Fifth Street
Stamford, CT  06905

　　　　　　　　　　　　　　　　　　　　　　/s/ Cort T. Malone
　　　　　　　　　　　　　　　　　　　　　　Cort T. Malone