UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GETTY PROPERTIES CORP. and
NECG HOLDINGS CORP.,

Plaintiffs,

vs.

RENALDI'S GETTY, LLC; HSTN LLC;
MEHAR PETRO, INC.; SSAW LLC;
INDTUR, LLC; NAVJOT ENTERPRISES,
INC.; EXPERT AUTOMOTIVE REPAIRS,
LLC; 331 WEST AVENUE GAS STATION,
LLC; ALP CONVENIENCE, LLC; PAMBY
MOTORS, INC.; STATE LINE GETTY,
INC.; ASTANH, LLC; ZS ENTERPRISES,
LLC; BODAEVE, INC.; WEST BROAD
SERVICE CENTER, LLC; MICA
ENTERPRISES, INC.; TOLLAND GETTY,
INC.; WILTON SERVICE CENTER, INC.;
ATKR, LLC; JZ MART, LLC; MUJTABA
KHALIED; SAUD ALKULAIB; HAWARS
PARK AVE. LLC; RHS, LLC; ADNAN
RAHIM and SALEH RANA;  H & A
CONVENIENCE, LLC; and MADISON
AVE. MART, LLC,

Defendants.

Civil Action No. 3:12-CV-00865-AWT

October 28, 2013

## JOINT STATUS REPORT

On June 27, 2013, the parties conducted a telephonic conference with the Court

and agreed to stay all case deadlines pending resolution of eviction proceedings that

were awaiting final decisions following trial in the Connecticut Superior Court, Stamford

Complex Litigation Division (Brazzel-Massaro, J.).  One defendant herein, ALP

CONVENIENCE, LLC ("ALP"), was not part of the trial, but was involved in a separate

eviction proceeding in New Britain Housing Court, which has now settled.  Neither ALP

nor ASTAHN, LLC is represented by counsel for the remaining defendants.

1021511.1

Between May 3, 2013 and July 18, 2013, Judge Brazzel-Massaro issued decisions following trial granting immediate possession to plaintiffs against twenty four of the twenty eight above-named defendants. Specifically, these defendants are: RENALDI'S GETTY, LLC; HSTN LLC; SSAW LLC (principal, Shahid Siddiq); INDTUR, LLC; NAVJOT ENTERPRISES, INC.; EXPERT AUTOMOTIVE REPAIRS, LLC; 331 WEST AVENUE GAS STATION, LLC; PAMBY MOTORS, INC.; STATE LINE GETTY, INC. (principals, John and Mario Buzzeo); BODAEVE, INC.; WEST BROAD SERVICE CENTER, LLC; MICA ENTERPRISES, INC.; TOLLAND GETTY, INC. (principal, Rao Zahid Khan); WILTON SERVICE CENTER, INC.; ATKR, LLC; JZ MART, LLC; MUJTABA KHALIED; UNHK, LLC; SAUD ALKULAIB; HAWARS PARK AVE. LLC (principal, Hawar Ramadhan); RHS, LLC; ADNAN RAHIM and SALEH RANA; H & A CONVENIENCE, LLC (principal, Adnan Akach); and MADISON AVE. MART, LLC (principal, Adnan Akach).

Each of these twenty four defendants appealed Judge Brazzel-Massaro's decisions. However, eleven of the defendants subsequently reached agreements with plaintiffs and have communicated to counsel their request to withdraw their pending appeals. Specifically, these eleven defendants are EXPERT AUTOMOTIVE REPAIRS, LLC; RENALDI'S GETTY, LLC; SSAW LLC; STATE LINE GETTY, INC.; TOLLAND GETTY, INC.; JZ MART, LLC; HAWARS PARK AVE. LLC; RHS, LLC; ADNAN RAHIM and SALEH RANA; H & A CONVENIENCE, LLC; and MADISON AVE. MART, LLC. Upon confirmation of withdrawal of the pending appeals on behalf of these eleven defendants, plaintiffs will withdraw this action as against these defendants.

1021511.1

As for the four remaining defendants herein, MEHAR PETRO, INC.; ALP CONVENIENCE, LLC; ASTANH, LLC; and ZS ENTERPRISES, LLC, all have either turned over the properties at issue to plaintiffs or had the underlying eviction action withdrawn (MEHAR PETRO) due to expiration of plaintiff's lease on the property at issue.  Plaintiffs expect to withdraw this action as against these defendants as well.

Despite the agreements or other resolutions referenced above, thirteen defendants continue to appeal Judge Brazzel-Massaro's decisions, and plaintiffs expect to maintain this action against those defendants and reserve all rights to seek full damages and relief as may be available to plaintiffs via this proceeding.

Due to the pending appeals involving the remaining defendants, the parties agree that further activity in this case should remain stayed until the state court actions are resolved.  Of course, should the Court require further information from the parties, counsel will make themselves available at the Court's request.

Date:  October 28, 2013

ANDERSON KILL PC

By /s/ Cort T. Malone
Cort T. Malone, Esq.
Anderson Kill & Olick, P.C.
1055 Washington Blvd., Suite 510
Stamford, CT  06901
Ph.:  (203) 388-7950
Fx.:  (203) 388-0750
Bar # (CT29018)

Dated:  October 28, 2013

*Attorneys for:* Getty Properties Corp and NECG Holdings Corp.

BARR & MORGAN

By /s/ John J. Morgan
John J. Morgan
Barr & Morgan
22 Fifth Street
Stamford, CT  06905
Ph.:  (203) 356-1595
Fx.:  (203) 357-8397
Bar # (CT13312)

Dated:  October 28, 2013

*Attorneys for:* Certain Defendants

1021511.1

## CERTIFICATION

       This is to certify that on October 28, 2013, a copy of the above Joint Status Report was filed with the Clerk of the Court using the CM/ECF System, which will automatically send email notification of such filing to counsel of record for Defendants.

*/s/ Cort T. Malone*
Cort T. Malone